IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    16-mj-01161-MJW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ADAM C. SHRYOCK,

     Defendant.

---

## INFORMATION
Counts 1-6: 26 U.S.C. § 7203

---

    The Acting United States Attorney charges that:

### Count 1

    During the calendar year 2011, in the State and District of Colorado, the defendant, Adam C. Shryock, a resident of Castle Rock, Colorado, had and received gross income of approximately $301,143.  Because of such gross income, he was required by law, on or before April 15, 2012, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing the foregoing, the defendant, Adam C. Shryock, did willfully fail to make an income tax return as required, all in violation of Title 26, United States Code, Section 7203.

### Count 2

    During the calendar year 2012, in the State and District of Colorado, the defendant, Adam C. Shryock, a resident of Castle Rock, Colorado, had and received gross income

of approximately $191,132.  Because of such gross income, he was required by law, on or before April 15, 2013, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing the foregoing, the defendant, Adam C. Shryock, did willfully fail to make an income tax return as required, all in violation of Title 26, United States Code, Section 7203.

### Count 3

During the calendar year 2013, in the State and District of Colorado, the defendant, Adam C. Shryock, a resident of Castle Rock, Colorado, had and received gross income of approximately $160,517.  Because of such gross income, he was required by law, on or before April 15, 2014, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing the foregoing, the defendant, Adam C. Shryock, did willfully fail to make an income tax return as required, all in violation of Title 26, United States Code, Section 7203.

### Count 4

During the calendar year 2011, the defendant, Adam C. Shryock, was the sole owner and officer of Boobies Rock! Inc., a corporation not expressly exempt from tax, with its principal place of business in Castle Rock, Colorado.  He therefore was required by law, after the close of the calendar year 2011 and on or before March 15, 2012, to make an income tax return, for and on behalf of the corporation, to the Internal Revenue Service Center, at Ogden, Utah, or to the person assigned to receive returns at the local office of the Internal Revenue Service at Denver, Colorado, stating specifically the items

of the corporation's gross income and the deductions and credits allowed by law.  Well

knowing and believing all of the foregoing, he did willfully fail, on or about March 15,

2012, in the State and District of Colorado, to make an income tax return at the time

required by law, all in violation of Title 26, United States Code, Section 7203.

## Count 5

During the calendar year 2012, the defendant, Adam C. Shryock, was the sole

owner and officer of Boobies Rock! Inc., a corporation not expressly exempt from tax,

with its principal place of business in Castle Rock, Colorado.  He therefore was required

by law, after the close of the calendar year 2012 and on or before March 15, 2013, to

make an income tax return, for and on behalf of the corporation, to the Internal Revenue

Service Center, at Ogden, Utah, or to the person assigned to receive returns at the local

office of the Internal Revenue Service at Denver, Colorado, stating specifically the items

of the corporation's gross income and the deductions and credits allowed by law.  Well

knowing and believing all of the foregoing, he did willfully fail, on or about March 15,

2013, in the State and District of Colorado, to make an income tax return at the time

required by law, all in violation of Title 26, United States Code, Section 7203.

## Count 6

During the calendar year 2013, the defendant, Adam C. Shryock, was the sole

owner and officer of Boobies Rock! Inc., a corporation not expressly exempt from tax,

with its principal place of business in Castle Rock, Colorado.  He therefore was required

by law, after the close of the calendar year 2013 and on or before March 15, 2014, to

make an income tax return, for and on behalf of the corporation, to the Internal Revenue

Service Center, at Ogden, Utah, or to the person assigned to receive returns at the local

office of the Internal Revenue Service at Denver, Colorado, stating specifically the items of the corporation's gross income and the deductions and credits allowed by law.  Well knowing and believing all of the foregoing, he did willfully fail, on or about March 15, 2014, in the State and District of Colorado, to make an income tax return at the time required by law, all in violation of Title 26, United States Code, Section 7203.

ROBERT C. TROYER
ACTING UNITED STATES ATTORNEY

By:  _s/Martha A. Paluch_____
Martha A. Paluch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Facsimile: 303-454-0402
E-mail: martha.paluch@usdoj.gov
Attorney for the United States