DEFENDANT: ADAM C. SHRYOCK

DOB: 1979

ADDRESS: 1000 Speer Boulevard, No. 1620, Denver, CO 80204

COMPLAINT FILED? \_\_\_\_\_ YES   X\_\_\_ NO

OFFENSE: **Counts 1-6:**   26 U.S.C. § 7203 – Failure to File Tax Returns

LOCATION OF OFFENSE:   Denver County, Colorado
El Paso County, Colorado

PENALTY:  **Counts 1-3:**   NMT 1 year imprisonment; NMT 1 year supervised release; a fine of NMT $100,000; and $25 Special Assessment

**Counts 4-6**   NMT 1 year imprisonment; NMT 1 year supervised release; a fine of NMT $200,000; and $25 Special Assessment

AGENT:   Special Agent Tracy Guest, IRS

AUTHORIZED BY: Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
\_\_X\_\_\_\_ five days or less
\_\_\_\_\_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
\_\_\_\_X\_\_\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: _____   Yes      \_\_\_X\_\_\_ No