IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      On October 25, 2016, the Court provided the parties with a magistrate judge consent form and gave the parties a deadline of November 4, 2016 to file the form with the Court. The parties have not consented to proceed before a magistrate judge and the consent deadline has lapsed. It is therefore ORDERED that the case be reassigned to a district judge.

Date: November 8, 2016