IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM C. SHRYOCK,

    Defendant.

---

UNOPPOSED MOTION TO DESIGNATE CASE COMPLEX AND CONTINUE TRIAL

---

Defendant, Adam C. Shryock, by and through undersigned counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and 3161(h)(7)(B)(ii), and, for the reasons set forth below, requests that this Honorable Court designate this case complex and determine that the ends of justice require a continuance of the trial (and all pretrial proceedings accordingly) set for January 5, 2017.

1. On October 6, 2016, Plaintiff filed an Information charging Defendant under 26 U.S.C. § 7203, with six counts of willfully failing to make an income tax return. Three of the counts allege failure to file individual income tax returns for 2011, 2012 and 2013, and the other three counts allege failure to file corporate tax returns for the same years. Some might say that criminal tax cases are complex by definition.

2. On October 25, 2016, Defendant appeared in Court and entered his plea of not guilty as to all charges in the Information.

3.      In compliance with the Speedy Trial Act—specifically, 18 U.S.C. § 3161(c)—trial was set for January 5, 2017.

4.      The documents provided by Plaintiff thus far are voluminous—3,437 documents, with many comprised of multiple pages.

5.      For each of the three years in issue (2011 – 2013), Mr. Shryock's defense will require forensic accounting and financial analytics at both the corporate and individual levels. This work, coupled with the work of sifting through and organizing the thousands of pages of discovery, and interviewing potential witnesses, will be labor intensive.   It will take months, after which the work of preparing for trial and exploring a mutually consensual resolution can occur.  Defendant Shryock simply cannot complete all of this work and fairly be ready for trial by January 5, 2017.

6.      For these and other reasons, the ends of justice that will be served in designating this a complex case, pursuant to 18 U.S.C. § 3161(7)(B)(ii), and granting a continuance to allow Mr. Shryock time to adequately develop his defenses, will outweigh the interests of the public in a speedy trial.  18 U.S.C. § 3161(h)(7)(a).

7.      Assistant United States Attorney, Martha A. Paluch, has advised Mr. Shryock's undersigned counsel that the United States has no objection to the Court granting this Motion.

WHEREFORE, for these reasons, Defendant Shryock respectfully requests that this Honorable Court designate this a case complex, continue the January 5, 2017 trial, and enter such other and further orders as to the Court seem just a proper in the premises.

Respectfully submitted this 14th day of November, 2016.

        ANDERSON & JAHDE, P.C.
*A duly signed original is on file at the Offices of Anderson & Jahde, P.C.*

By: */s/ Steven R. Anderson*
    Steven R. Anderson
    5554 S. Prince Street, #200
    Littleton, CO 80120
    (303) 782-0001 Telephone
    (303) 782-0055 Facsimile

    ATTORNEY FOR DEFENDANT
    ADAM A. SHRYOCK