IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion to Designate Case Complex and Continue Trial (Docket No. 11) is GRANTED IN PART AND DENIED IN PART. Defendant's motion assumes a trial date in this matter was set; however, while the Court discussed setting a trial for January 5, 2017, it never did so as the Defendant had not filed the appropriate consent form. The Court cannot continue a trial date that has not been set and, to that extent, the motion is denied.

    The Court grants Defendant's request to declare this case complex. Given the nature of this criminal tax case and the corresponding voluminous discovery, which includes thousands of documents, the Court finds that the ends of justice will be served in designating this a complex case, pursuant to 18 U.S.C. § 3161(7)(B)(ii), and that scheduling a trial outside of the requirements of 18 U.S.C.A. § 3161 to allow Defendant to adequately develop his defenses outweighs the interests of the public in a speedy trial.

    It is FURTHER ORDERED that Plaintiff and Defendant shall <u>jointly</u> contact chambers (303-844-2403) to schedule the trial in this matter.

Date: November 15, 2016