IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

CRIMINAL TRIAL PROCEDURES ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

The following procedures and orders supplement the Federal Rules of Criminal Procedure and the local rules of this court. In order to fairly and efficiently try the merits of each case, the following **ORDERS** apply.

**I. Final Trial Preparation Conference with Trial Magistrate Judge**

1. The parties are to exchange their pre-marked exhibits on **April 10, 2017**. Plaintiff shall use numbers, and defendant shall use letters. Exhibit lists and witness lists shall be electronically filed under the Court's Electronic Filing Procedures **and** a copy e-mailed as an attachment in Word or WordPerfect format to me at Watanabe_Chambers@cod.uscourts.gov **on or before April 17, 2017**. Stipulations as to authenticity and admissibility shall be set forth on the exhibit lists. Counsel shall be prepared to stipulate to the admissibility of exhibits at the final trial preparation conference.

2. Prior to trial, the parties are to decide upon joint exhibits and thus avoid duplication of exhibits and are to stipulate to the authenticity and admissibility of as many exhibits as possible. If the parties agree on joint exhibits, one copy of a joint exhibit list shall be electronically filed **on or before April 17, 2017,** with the court under the court's Electronic Filing Procedures **and** a copy e-mailed as an attachment in Word or WordPerfect format to me at Watanabe_Chambers@cod.uscourts.gov. Two copies of a joint exhibit list shall be provided to me at the final trial preparation conference.

3. Each party shall electronically file objections to exhibits under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in Word or WordPerfect format to me at Watanabe_Chambers@cod.uscourts.gov **on or before April 17, 2017.** The objections shall state in a clear and concise fashion the evidentiary

grounds for the objection and the legal authority supporting such objection. If the authority is a Federal Rule of Evidence, the Rule is to be cited; if the authority is case law, a copy of the case shall be provided to the court. Two copies of the objections are to be provided at the final trial preparation conference.

4. The parties shall exchange their final witness lists on **April 17, 2017.** At the final trial preparation conference, counsel shall provide to the court their final witness lists and two copies with an estimate of each witness's direct examination testimony time.

5. All pretrial motions in this matter are due on or before **March 27, 2017**; responses to these motions are due **April 3, 2017**.

## II. Prior to Trial

1. **Thirty days before trial,** counsel shall notify my courtroom deputy, Ellen Miller (303) 335-2101, of any need for special accommodation for any attorney, party or witness, any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CD-ROM or other electronic presentation of evidence.

2. Proposed voir dire questions, proposed jury instructions, and proposed verdict forms shall be filed **on or before April 17, 2017,** electronically under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in Word or WordPerfect format to me at Watanabe_Chambers@cod.uscourts.gov. The email attachments shall contain two versions of proposed substantive jury instructions, one with sources or authority and one without. Counsel are to agree and submit two hard copy sets of proposed stock instructions without authority but with yellow post-its citing the applicable authority on one copy. Counsel will be given a limited amount of time to voir dire the jury following the court's questions.

## III. First Day of Trial

1. Provide three copies of witness lists to courtroom deputy and one to opposing counsel.

2. Submit the exhibit list to opposing counsel and three copies to the courtroom deputy.

3. Original exhibits, properly marked and tabbed, with pages of each exhibit numbered filed in one or more notebooks shall be given to the courtroom deputy. Similar notebooks with exhibit copies shall be provided to the court and to opposing counsel. Exhibits with more than one page shall have each page numbered on the bottom right-hand corner.

4. Copies of Exhibits for Jurors. Each party shall provide notebooks for juror exhibits. Those exhibits which have been stipulated into evidence shall be placed in the

jurors' notebooks prior to trial. Additional exhibits may be published to the jury for placement in juror notebooks following the exhibit's admission into evidence at trial. Blank pages shall be inserted into juror notebooks so that jurors may take notes of the proceedings.

**IV. General Information**

1. My courtroom deputy's name is Ellen Miller, who can be reached at (303) 335-2101. Any questions concerning exhibits or courtroom equipment may be directed to her. The proceedings will be digitally recorded or a court reporter will be present. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily copy, should be made at least 30 days in advance of the trial date.

2. My law clerks, Elizabeth Young and Thomas Connell, may speak to counsel only pursuant to my specific directions. Please do not call my law clerks about procedural or scheduling matters.

3. At trial, all parties and witnesses shall be addressed as "Mr.", "Mrs.", "Ms.", "Dr.", etc.  Informal references are not authorized except when children are testifying.

4. In jury trials, instructions are given prior to closing arguments. Copies of written instructions and verdict forms will be given to the jury for its deliberations.

5. Trial is set for four (4) days to a jury of twelve and one alternate beginning at **8:00 a.m. on May 1, 2017,** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294.

6. A hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **April 24, 2017 at 9:00 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested.

DATED this 18th day of November, 2016.

BY THE COURT:

s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge