IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADAM C. SHRYOCK,

      Defendant.

## NOTICE OF DISPOSITION

      Defendant, Adam C. Shryock, by and through undersigned counsel, hereby notifies the Court that the Parties have reached an agreement disposing of the need for a trial in this matter, currently set to commence May 1, 2017.

      The Parties will lodge Mr. Shryock's Plea Agreement with the Court once it is completed and executed.

      Respectfully submitted this 3rd day of March, 2017.

      ANDERSON & JAHDE, P.C.
*A duly signed original is on file at the Offices of Anderson & Jahde, P.C.*

By: */s/ Steven R. Anderson*
Steven R. Anderson
5800 South Nevada Street
Littleton, CO  80120
(303) 782-0001
(303) 782-0055 Facsimile
*ATTORNEY FOR DEFENDANT
ADAM A. SHRYOCK*