IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      In light of the Notice of Disposition (Docket No. 15), it is hereby ORDERED that the Trial Preparation Conference set for April 24, 2017, and the Jury Trial set for May 1 through May 4, 2017, are VACATED.

      It is FURTHER ORDERED that no later than March 10, 2017, the Parties shall <u>jointly</u> contact chambers (303-844-2403) to schedule Mr. Shryock's Change of Plea Hearing.

Date: March 6, 2017