IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that a Change of Plea Hearing is set in this matter for April 4, 2017 at 9:00 a.m. The parties shall submit the plea agreement documents to the Court (Watanabe_Chambers@cod.uscourts.gov) on or before March 28, 2017.

Date: March 9, 2017