**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanbe**

| | | | |
|---|---|---|---|
| Civil Action No: | 16-mj-01161-MJW | Date: | April 4, 2017 |
| Courtroom Deputy: | Stacy Libid | FTR: | Courtroom A-502 |

*Parties:* *Counsel:*

UNITED STATES OF AMERICA,          Martha Paluch

   Plaintiff,

v.

1.   ADAM C. SHRYOCK,                Steven Anderson

   Defendant.

**COURTROOM MINUTES**

**CHANGE OF PLEA HEARING**

**9:05 a.m.       Court in session.**

Court calls case. Appearances of counsel.

Also present, Special Agent Tracey Guest.

Defendant is present on bond.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant confirms the court's understanding of the terms of the plea agreement.

Defendant confirms that he has read and understands the written plea agreement and statement in advance of plea of guilty; that he has reviewed the documents carefully and thoroughly with his attorney; that he has no questions or concerns about the documents; and that he has signed the written plea agreement and statement in advance of plea of guilty voluntarily with the advice and assistance of counsel.

Defendant is advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M)..

Defendant enters plea of guilty to Count 1 of the Information pursuant to plea agreement.

IT IS ORDERED as follows:

1. That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

2. That the plea of guilty to Count 1 of the Information entered by the defendant is received, accepted and approved;

3. That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

4. That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

5. A **Sentencing Hearing** is set for **June 27, 2017**, at **10:00 a.m**., in **Courtroom A-502 before Magistrate Judge Michael J. Watanabe**. Counsel and the defendant shall appear without further notice or order.

6. Defendant's bond continued.

**9:19 a.m.        Court in recess.**

Hearing concluded.
Total in-court time    00:14

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.