IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16-mj-01161-MJW

**UNITED STATES OF AMERICA**

    **Plaintiff**,

**v.**

Adam C. Shryock

    **Defendant.**

---

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

---

Mr. Shryock, through undersigned counsel, respectfully requests that this Honorable Court vacate the Sentencing Hearing scheduled to commence on June 27, 2017, at 10:00 a.m., and, in support thereof, states as follows:

1.    On April 4, 2017, the Court accepted Mr. Shryock's plea to one misdemeanor under 26 U.S.C. § 7203, failure to file a tax return, and set his sentencing hearing as noted above.

2.    When the U.S Probation Department issued its Presentence Report ("PSR") on May 31, 2017, Mr. Shryock's undersigned counsel was out of Colorado on a family matter, and unable to return until late Tuesday, June 6, 2017, leaving a very limited one-week period for Mr. Shryock to respond and formally object to the PSR by June 14th_ This narrow objection window was further closed by Mr. Shryock's counsel having to fly to the east coast on the morning of June 12, 2017, returning late, June 13th.

Hence, Mr. Shryock is effectively left with only three working days to prepare and file his responses and objections to the PSR.

3. The PSR (a total of 25 pages, with Exhibits) raises many facts and issues that Mr. Shryock disputes. Others are incomplete, missing important information that, when provided, place Mr. Shryock in a materially different light. All of these will need to be clarified, corrected or objected to before any fair sentencing analysis, and a complete analysis of the factors under 18 U.S.C. § 3553(a), can be completed for Mr. Shryock. The work to do so will require substantial factual development, with written clarifications and objections, and working with the Probation Office, all of which simply cannot be completed within the very limited three-day window within which Mr. Shryock and his counsel are now left to work.

4. Of even greater concern is a comment contained in the PSR, that Mr. Shryock " . . . must participate in a cognitive behavioral treatment (CBT) program as directed by the probation officer until such time as you are released from the program by the probation officer." *Exhibit A, pg. R-2, PSR.*

5. When considered in light of counsel's knowledge of and experience with Mr. Shryock (to include a discussion with his family), the details of which are unnecessary to describe here, this comment in the PSR has caused counsel to believe that he is professionally obliged to procure a competent psychiatric evaluation of Mr. Shryock, before any fair sentencing of him proceeds. Mr. Shryock has agreed to participate in such an evaluation, which will take several months, or longer, to complete.

6. On June 9, 2017, undersigned counsel spoke with AUSA Paluch to discuss the foregoing and other sentencing issues pertaining to Mr. Shryock. Ms.

Paluch advised that the United States takes no position with respect to the psychiatric evaluation of Mr. Shryock, but does not oppose this Motion To Continue Sentencing.

7. If the Court were to grant this Motion, the parties would propose that instead of resetting the Sentencing Hearing now, they be allowed to submit status reports to the Court on a two-month interval, with the first being due on September 1, 2017, or as the Court may otherwise determine appropriate.

Wherefore, for these reasons, Mr. Shryock respectfully requests that his Sentencing Hearing presently set for June 27, 2017, be continued.

Dated this 13th day of June, 2017.

                                  /s/ Steven R. Anderson
                                  Steven R. Anderson
Anderson & Jahde, P.C.
5800 South Nevada Street
Littleton, CO 80120
(303) 782-0003
(303) 782-0055 Fax
steven@andersonjahde.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of June, 2017, a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** was filed and / or served via *CM/ECF* to the following parties:

Marth Ann Paluch
U.S. Attorney's Office-Denver
1801 California Street, Suite 1600
Denver, CO 80202
Martha.Paluch@usdoj.gov

Melissa Roberts
United States Probation Officer
Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C120
Denver, CO 80294-0101

  And I hereby certify that I have mailed/emailed the document to the following non CM/ECF participant:

Adam C. Shryock


               */s/ Sabrina D. Johnston*
               Sabrina D. Johnston