IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing Hearing (Docket No. 24) is GRANTED in part and DENIED in part. To the extent that Defendant seeks to submit status reports in lieu of resetting the Sentencing Hearing, that request is denied. However, the Court finds good cause to reset the Sentencing Hearing for a later date. Accordingly, the Sentencing Hearing set for June 27, 2017 at 10:00 a.m. is VACATED and RESET for September 13, 2017 at 9:00 a.m.

Date: June 14, 2017