IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 1:16-mj-01161-MJW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

ADAM C. SHRYOCK,

**Defendant.**

## SECOND MOTION TO CONTINUE SENTENCING HEARING

The defendant, Adam C. Shryock, through undersigned counsel, moves for a continuance of his sentencing hearing scheduled to commence at 9:00 AM on September 13, 2017. As grounds, the following are stated:

1. Mr. Shryock's Unopposed Motion to Continue Sentencing Hearing was granted on June 14, 2017 (Doc. 26). Along with other grounds stated in that motion, of greatest concern was a recommendation that Mr. Shryock participate in a Cognitive Behavioral Treatment (CBT) program. In an effort to determine the basis for the recommendation, Mr. Shryock met with a psychiatrist to commence an evaluation. Although counsel immediately contacted a psychiatrist, scheduling issues prevented the initial consultation from occurring until August 14, 2017. Mr. Shryock has since been actively engaged in the evaluation process which will take several weeks to complete.

2. The evaluation will also afford counsel the ability to fully address all matters raised in Paragraph 3 of Mr. Shryock's Unopposed Motion to Continue Sentencing

Hearing. As stated therein, "The PSR… raises many facts and issues that Mr. Shryock disputes. Others are incomplete, missing important information that, when provided, place Mr. Shryock in a materially different light. All of these will need to be clarified, corrected or objected to before any fair sentencing analysis, and a complete analysis of the factors under 18 U.S.C. § 3553(a), can be completed for Mr. Shryock."

3. 18 U.S.C. § 3553(a) states that the Court shall consider the history and characteristics of the defendant and the need to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. The ongoing psychiatric evaluation is relevant to Mr. Shryock's background and characteristics. It is anticipated that the evaluation will be of great assistance in effectively addressing all § 3553(a) factors.

4. Mr. Shryock made his initial appearance in court on October 25, 2016 and was released on a personal recognizance bond. That bond was continued following his plea of guilty. As noted in the PSR, Mr. Shryock has complied with all court-ordered conditions of release.

5. Undersigned counsel consulted with Assistant United States Attorney Ms. Paluch regarding the instant motion. Ms. Paluch advised counsel that she takes no position on Mr. Shryock's request.

WHEREFORE, Adam C. Shryock, through undersigned counsel, moves for a 90 day continuance of his sentencing hearing. The continuance will provide adequate time within which to complete a detailed evaluation of Mr. Shryock and the ability to address all § 3553(a) factors.

Dated this 23rd day of August, 2017.

<u>*/s/ Steven R. Anderson*</u>
Steven R. Anderson
Anderson & Jahde, P.C.
5800 South Nevada Street
Littleton, CO 80120
(303) 782-0003
(303) 782-0055 Fax
steven@andersonjahde.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2017, a true and correct copy of the **SECOND MOTION TO CONTINUE SENTENCING HEARING** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Martha Ann Paluch
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Martha.Paluch@usdoj.gov

Melissa Roberts
Unites States Probation Officer
Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C 120
Denver, CO 80294

And I hereby certify that I have mailed the document to the following non CM/ECF Participant:

Adam C. Shryock

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Sabrina D. Johnston*
　　　　　　　　　　　　　　　　　　　　　　　 Sabrina D. Johnston