IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant Shryock's Second Motion to Continue Sentencing Hearing (Docket No. 27) is **GRANTED** finding no objection by the Plaintiff Government.  The Sentencing Hearing set on September 13, 2017 at 9:00 a.m. is **VACATED** and reset to December 19, 2017 at 1:30 p.m. before Magistrate Judge Watanabe.  There will be **NO FURTHER CONTINUANCES** of the Sentencing Hearing.

Date: August 24, 2017