IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Due to a conflict on Defendant's counsel's calendar, it is hereby **ORDERED** that the Sentencing Hearing set on December 19, 2017 at 1:30 p.m. is **VACATED** and **RESET** to December 7, 2017 at 9:00 a.m. before Magistrate Judge Watanabe.

Date: August 30, 2017