UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ADAM C. SHRYOCK, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO WITHDRAW AS DEFENDANT'S COUNSEL OF RECORD**

Steven R. Anderson, Esquire ("Counsel"), submits this Motion for Leave to Withdraw as Mr. Shryock's attorney of record pursuant to D.C.COLO.LAttyR 5(b), and, in support thereof, states as follows:

*Certification of Conferral.*

Counsel certifies that on November 7, 2017, he in good faith did confer with Plaintiff's counsel who advised that Plaintiff takes no position in respect of this Motion.

1.  Pursuant to a Plea Agreement with Plaintiff, on April 4, 2017, Mr. Shryock entered his plea of guilty to one Count of Failure to File a Tax Return—26 U.S.C. § 7203.

2.  The Court set his Sentencing Hearing for June 27, 2017, and, as a result of several subsequent motions, the hearing was ultimately reset to December 7, 2017, commencing at 9:00 a.m.

3.      For several professional reasons, the details of which would be inappropriate for Counsel to provide here, Counsel has concluded that he must withdraw as Mr. Shryock's attorney of record in this case.

4.      Completely separate and apart from the professional reasons mentioned in the immediately preceding paragraph, Mr. Shryock has failed substantially to fulfill his obligations to Counsel regarding Counsel's services. Counsel has on several occasions given Defendant reasonable warning that Counsel will withdraw unless his obligations are fulfilled.

5.      To be sure, however, even if Mr. Shryock were to fulfill his obligations to Counsel, the professional reasons mentioned in paragraph 3, above, stand as the overarching, controlling reasons mandating Counsel to withdraw.

6.      Additionally, Defendant and Counsel seem to have reached an impasse in their communications, which impairs Counsel's ability to continue representing Defendant in this case.

7.      Counsel has good cause for withdrawing as Defendant's attorney of record.

8.      On November 9, 2017, Counsel served Defendant—*via* his email address—with the *Notice of Withdrawal as Counsel* (attached as Exhibit A) and a copy of this *Motion to Withdraw*.

9.      Defendant's last known contact information is as follows

> 5399 Valentia Street
> Denver, CO 80238
> (720) 469-6113
> Ashryock24@yahoo.com

WHEREFORE, Counsel respectfully request that the Court enter an Order Withdrawing Counsel as Defendant's attorney of record in this case.

Dated the 9th day of November, 2017.

          ANDERSON & JAHDE, P.C.

*A duly signed original is on file at the Offices of Anderson & Jahde, P.C.*

*/s/ Steven R. Anderson*
Steven R. Anderson
5800 South Nevada Street
Littleton, CO 80120
(303) 782-0001 Telephone
(303) 782-0055 Facsimile
*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 9th day of November, 2017, a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS DEFENDANT'S COUNSEL OF RECORD** was filed and/or served via *CM/ECF, E-mail, and/or Federal Express* to the following parties:

Marth Ann Paluch
U.S. Attorney's Office-Denver
1801 California Street, Suite 1600
Denver, CO 80202
Martha.Paluch@usdoj.gov

*Via E-mail and Federal Express*
Adam C. Shryock
5399 Valentia Street
Denver, CO 80238
(720) 469-6113
Ashryock24@yahoo.com


                 */s/ Sabrina D. Johnston*
                 *Sabrina D. Johnston*