UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ADAM C. SHRYOCK, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL AS COUNSEL

Undersigned counsel, Steven R. Anderson, ("Counsel"), pursuant to D.C.COLO.LAttyR 5(b), hereby provides his *Notice of Withdrawal as Counsel* of record for Defendant, Adam C. Shryock, in the above-captioned case.

Mr. Shryock, you are hereby warned that you are personally responsible for complying with all court orders and time limitations established by any applicable statutes and rules. Most immediately due are your objections, if any, to the Presentence Report issued by the United States Probation Department. Any motions for a downward departure or sentencing variance that you determine to be appropriate will also need to be filed prior to your sentencing hearing—presently scheduled to commence at 9:00 a.m. on December 7, 2017.

On November 9, 2017, Counsel will file with the Court his Motion To Withdraw as Counsel of Record (attached hereto).



EXHIBIT A

Dated the 9th day of November, 2017.

        ANDERSON & JAHDE, P.C.

*A duly signed original is on file at the Offices of Anderson & Jahde, P.C.*

 */s/ Steven R. Anderson*
Steven R. Anderson
5800 South Nevada Street
Littleton, CO 80120
(303) 782-0001 Telephone
(303) 782-0055 Facsimile
*ATTORNEY FOR DEFENDANT*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of November, 2017, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** was filed and/or served via *CM/ECF, E-mail, and/or Federal Express* to the following parties:

Marth Ann Paluch
U.S. Attorney's Office-Denver
1801 California Street, Suite 1600
Denver, CO 80202
Martha.Paluch@usdoj.gov

*Via E-mail and Federal Express*
Adam C. Shryock
5399 Valentia Street
Denver, CO 80238
(720) 469-6113
Ashryock24@yahoo.com

                 /s/ Sabrina D. Johnston
                 Sabrina D. Johnston

3