IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      This matter is before the Court on Steven R. Anderson's Motion for Leave to Withdraw as Defendant's Counsel of Record (Docket No. 30). It is hereby ORDERED that the motion is set for hearing on Tuesday, November 14, 2017 at 9:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294. **Defendant shall appear in person at the hearing.** Defendant's counsel shall notify his client of date and time of the hearing via mail sent to Defendant's last known address, via telephone to Defendant's last known telephone number, and via email to Defendant's last known email address.

Date: November 9, 2017