IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-01161-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.    Adam C. Shryock**

      Defendant.

_____

**NOTICE OF APPEARANCE**
_____

Brian R. Leedy, Stimson Glover Stancil Leedy, LLC, hereby enters his appearance in the above-captioned case.

      Respectfully submitted,

      s/ Brian R. Leedy
      Brian R. Leedy
      Stimson Glover Stancil Leedy
      1875 Lawrence St. Suite 420
      Denver, CO  80202
      Telephone:  720-644-8066
      brian@sgslattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha A. Paluch
U.S. Attorney's Office-Denver
Email: Martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Adam C. Shryock (electronic delivery)


        s/ Brian R. Leedy
        Brian R. Leedy
        Stimson Glover Stancil Leedy
        1875 Lawrence St. Suite 420
        Denver, CO  80202
        Telephone:  720-644-8066
        brian@sgslattorneys.com