IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-01161-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.**    **Adam C. Shryock**

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
_____

Mr. Shryock, through undersigned counsel, and unopposed by counsel for the government, respectfully requests a continuance of the sentencing hearing scheduled for December 7, 2017, at 1:30 p.m.  Doc. 29.  As grounds, he states as follows:

On April 4, 2017, Mr. Shryock entered a plea of guilty to Count 1 of the Information charging a violation of 26 U.S.C. § 7203.  Doc. 21.  On August 30, 2017, sentencing was scheduled for December 7, 2017.  Doc. 29.  On November 9, 2017, Mr. Shryock's previous attorney filed a motion to withdraw as counsel of record, which was granted by the Court after a hearing on November 14, 2017.  Doc. 30, 32.  Since that time Mr. Shryock has sought new counsel.

Undersigned counsel has been retained by Mr. Shryock and requires additional time to prepare for a sentencing hearing.  In advance of the sentencing hearing counsel will be required to review relevant discovery, the plea agreement, the presentence investigation report, the file of Mr. Shryock's previous attorneys, and any materials

available or obtainable that will be necessary to effectively address the factors outlined in 18 U.S.C. § 3553(a). Counsel will further be required to perform necessary investigation related to relevant conduct or mitigating information for purposes of presentation to the Court at sentencing. Counsel will also be required to draft and file any necessary objections to the presentence report, motions for departure, and motions for variance, in advance of the sentencing hearing.

Undersigned counsel has conferred with government counsel, who does not oppose this request. Mr. Shryock has remained compliant with the conditions of his release on summons since October 26, 2016. Doc. 10, pg. 3.

Wherefore, Mr. Shryock, through counsel, and unopposed by the government requests an approximately 60-day continuance of the sentencing hearing scheduled for December 7, 2017. Both parties request permission to contact chambers to reschedule the hearing to a date and time that accommodates the Court's calendar and those of the parties.

Respectfully submitted,

s/ Brian R. Leedy
Brian R. Leedy
Stimson Glover Stancil Leedy
1875 Lawrence St. Suite 420
Denver, CO  80202
Telephone:  720-644-8066
brian@sgslattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha A. Paluch
U.S. Attorney's Office-Denver
Email: Martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Adam C. Shryock (electronic delivery)


                                s/ Brian R. Leedy
                                Brian R. Leedy
                                Stimson Glover Stancil Leedy
                                1875 Lawrence St. Suite 420
                                Denver, CO  80202
                                Telephone:  720-644-8066
                                brian@sgslattorneys.com