IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     This matter is before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing (Docket No. 36). It is hereby ORDERED that the motion is set for hearing on Thursday, November 30, 2017 at 9:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294. **Defendant is ORDERED appear <u>in person</u> at the hearing.**

Date: November 28, 2017