IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-01161-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**2.   Adam C. Shryock**

        Defendant.

_____

**DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT (DOC. 38)**
_____

Mr. Shryock, through undersigned counsel, respectfully submits the following objections to the presentence investigation report: (Doc. 38, hereafter PSR)

**Objection 1**: PSR Paragraphs 15 through 17 "Additional Information"

Counsel asked the PSR author for the source of the information contained in paragraphs 15 through 17 of the PSR and was informed the information was derived from information found in Case No. 2013CV32857. The PSR author did not elaborate further on the specific source of the information contained in the PSR.

A complaint was filed in 2013CV32857 pursuant to the Colorado Consumer Protection Act (C.R.S. § 6-1-101). C.R.S. § 6-1-111(1) states as follows:

> Any **testimony obtained by the attorney general or a district attorney pursuant to compulsory process under this article or any information derived directly or indirectly from such testimony shall not be admissible in evidence in any criminal prosecution against the person so compelled to testify**. The provisions of this subsection (1) shall not be construed to prevent any law enforcement officer from independently producing or obtaining the same or similar facts, information, or evidence for use in any criminal prosecution.

C.R.S. § 6-1-111(1) provides protection which is the same afforded by the Fifth Amendment privilege against self-incrimination and a grant of immunity under this provision bars any federal or local use of immunized testimony. People ex rel. Smith v. Jordan, 689 P.2d 1172 (Colo. App. 1984).[1]

Mr. Shryock testified under grant of immunity pursuant to C.R.S. § 6-1-111(1) in 2013CV32857 and court's findings relied upon his compelled testimony.[2] If the information contained in the PSR "derived directly or indirectly" from Mr. Shryock's immunized testimony it should be barred from use at sentencing and stricken from the PSR.

**Objection 2**:  PSR Footnote 1

Footnote 1 of the PSR states that a Facebook flyer listed a "fraudulent" Tax ID number (46-2070138).  Counsel asked the PSR author for the source of this information but was not provided with an answer.  Counsel believes this information is derived from

---

[1] See also, U.S.D.C, D. Colo. Order by United District Judge Phillip A.  Brimmer in U.S. v. Martinez, 81F.Supp3d 1046, at 1053, where the court found defendant Martinez had testified pursuant to a subpoena from the Attorney General, and with immunity under C.R.S. § 6-1-111(1):
> "The Fifth Amendment provides that no person "shall be compelled in any criminal case to be a witness against himself...." "'**Once a defendant demonstrates that he has testified, under a state grant of immunity, to matters related to  the federal prosecution, the federal authorities have the burden of showing that their evidence is not tainted by establishing that they had an independent, legitimate source for the   disputed evidence**.  Requiring the prosecution to shoulder this burden ensures that the grant of immunity has 'le[ft] the witness and the Federal Government in substantially the same position as if the witness had claimed his privilege in the absence of a grant   of immunity."  (internal citations omitted)

[2] Attachment A – Transcripts relating to C.R.S. § 6-1-111(1) from 2013CV32857.

2013CV32857, but without further information counsel cannot confirm its accuracy, and accordingly objects to it's inclusion.

Respectfully submitted,

s/ Brian R. Leedy
Brian R. Leedy
Stimson Glover Stancil Leedy
1875 Lawrence St. Suite 420
Denver, CO  80202
Telephone:  720-644-8066
brian@sgslattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I electronically filed the foregoing

**DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT (DOC. 38)**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha A. Paluch
U.S. Attorney's Office-Denver
Email: Martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Adam C. Shryock (electronic delivery)


                                               s/ Brian R. Leedy
                                               Brian R. Leedy
                                               Stimson Glover Stancil Leedy
                                               1875 Lawrence St. Suite 420
                                               Denver, CO 80202
                                               Telephone:  720-644-8066
                                               brian@sgslattorneys.com