GARY S. GUTTERMAN, M.D., P.C.
4900 CHERRY CREEK DRIVE SOUTH, Suite 7
DENVER, COLORADO 80246-2283

TELEPHONE 303-758-7424
FAX 303-756-4816

August 21, 2017

Richard Tegtmeier, Esq.             Via email:  rtegtmeier@shermanhoward.com
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202

Re:   Adam Shryock

Dear Mr. Tegtmeier:

I am recommending that I meet with Mr. Adam Shryock in outpatient psychiatric consultation on a weekly basis for the next three to 12 months. These psychiatric sessions will be directed at exploring the conscious and unconscious psychological factors that contributed to Mr. Shryock's impaired decision making that led to his current legal difficulties. Thus far, Mr. Shryock has been quite responsive to this psychological investigation which offers a more favorable prognosis.

Sincerely,

Gary S. Gutterman, M.D.

GSG/lml

GARY S. GUTTERMAN, M.D., P.C.
4900 CHERRY CREEK DRIVE SOUTH, Suite 7
DENVER, COLORADO 80246-2283

TELEPHONE 303-758-7424
FAX 303-756-4816

December 12, 2017

Richard Tegtmeier, Esq.          Via email: rtegtmeier@shermanhoward.com
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202

Re: Adam Shryock

Dear Mr. Tegtmeier:

I have continued meeting with Mr. Adam Shryock in outpatient psychiatric treatment since I last addressed Mr. Shryock's treatment in a letter dated 8/21/17. Mr. Shryock has continued exploring both conscious and unconscious psychological factors that contributed to his poor decision-making that led to his current legal difficulties. Mr. Shryock has attended psychotherapy sessions religiously and he has demonstrated good motivation and insight in appreciating the above factors leading to his current legal tax difficulty. He does not demonstrate features of a Narcissistic or Antisocial Personality Disorder that would be unresponsive to psychological treatment. In fact, he manifests personality features, such as being forthright, self reflective and sincere, all of which leads to a significantly more favorable prognosis.

I believe that it would be helpful for Mr. Shryock to continue in outpatient individual therapy in order for him to understand himself more thoroughly and for him to prevent any recurrence of poor decision-making in the future. I believe that he is a good candidate for both further insight and further psychological consolidation and change. His being incarcerated for a period of time, unfortunately, would be disruptive to this psychological progress.

I hope this outlines my opinions regarding these issues. If you have any questions, please do not hesitate in contacting me.

Sincerely,

Gary S. Gutterman, M.D.

GSG/lml

GARY S. GUTTERMAN, M.D., P.C.
4900 CHERRY CREEK DRIVE SOUTH, Suite 7
DENVER, COLORADO 80246-2283

TELEPHONE 303-758-7424
FAX 303-756-4816

January 10, 2018

Brian R. Leedy, Esq.                    **Via email: brian@sgslattorneys.com**
1875 Lawrence Street, Suite 420
Denver, CO 80202

    Re:    Adam Shryock

Dear Mr. Leedy:

As I indicated in my last letter dated December 12, 2017, I do not believe that Mr. Shryock demonstrates features of a Narcissistic or Antisocial Personality Disorder that would be unresponsive to psychological treatment. I believe that he manifests personality features that lead to a more favorable prognosis with continued psychotherapy. I believe that Mr. Shryock has made poor decisions due to psychological naïveté and immaturity, in instances. His judgment and decision making has also been influenced by unconscious self-defeating and masochistic features. Unfortunately, his decisions at times have come back to haunt him due to all of this. Mr. Shryock is becoming more aware of his maladaptive thinking and behavior with continued treatment and I believe the prognosis for continued progress is reasonably favorable with ongoing psychotherapy.

I hope that this outlines my current thinking regarding these matters. If you have any questions, please do not hesitate in contacting me.

Sincerely,

Gary S. Gutterman, M.D.

GSG/lml