# Colorado District & County Courts

### CO District & County - Adams
### (Adams County)

## 2015CR601

## People Of The State Of Colorado Vs. Cruz, Genevieve Marie

### Header

| | |
|---:|:---|
| **Case Number:** | 2015CR601 |
| **Date Filed:** | 02/24/2015 |
| **Date Full Case Retrieved:** | 12/19/2017 |
| **Status:** | Closed |
| **Misc:** | Criminal |

[Summary][Agency][Related Cases][Participants][Charges][Scheduled Events][Proceedings]
[Judgments][Bond Information][Registry][Accounts Receivable][Unassigned Receipts]

### Summary

| | |
|---:|:---|
| **Judge:** | Tow, Ted C III(30592) |
| **Court:** | Adams County |
| **Division:** | E |
| **Efiled:** | N |
| **Appealed:** | N |
| **Case Closed Date:** | 05/25/2016 |

### Agency

| Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|
| Aurora Police Dept | 2015-2485 | | |

### Related Cases

**No Information is Available for this case**

### Participants

| **Litigants** | **Attorneys** |
|---|---|
| Cruz, Genevieve Marie | Goltz, Eric Robert |
| Defendant 1 | Deputy Public Defender |
| Dob: 1957-09-01 | Bar:42622 |
| Gender: Female | Primary Attorney: N |
| Race: Caucasian | |
| Alias: Cruz, Genevieve M | |

## Charges

| Count | Date | Details |
|-------|------|---------|
| 1 | 2014-03-04 | Charges: Theft-$1,000,000 Or More |
|   |   | Status: Amended |
|   |   | Statute: 18-4-401(1),(2)(j) |
|   |   | Class: F2 (Class 2 Felony) |
|   |   | Offense Date From: 2014-03-04 |
|   |   | Offense Date To: 2015-01-05 |
|   |   | Bac: 0.000 |
|   |   | Arrest Date: 2015-02-26 |
| 1 | 2014-03-04 | Charges: Theft-$100,000-$1,000,000 Amended 4-1-16 |
|   |   | Status: Dismissed |
|   |   | Statute: 18-4-401(1),(2)(i) |
|   |   | Class: F3 (Class 3 Felony) |
|   |   | Offense Date From: 2014-03-04 |
|   |   | Offense Date To: 2015-01-05 |
|   |   | Bac: 0.000 |
|   |   | Arrest Date: 2015-02-26 |
|   |   | Plea Date: 2015-09-02 |
|   |   | Plea: Plea Not Guilty |
|   |   | Disposition Date: 2016-05-25 |
|   |   | Disposition: Dism by DA |
| 2 | 2014-03-04 | Charges: Charitable Fraud-scheme To Defraud |
|   |   | Status: Main Charge |
|   |   | Statute: 6-16-111(1)(g),(2) |
|   |   | Class: F5 (Class 5 Felony) |
|   |   | Offense Date From: 2014-03-04 |
|   |   | Offense Date To: 2015-01-05 |
|   |   | Bac: 0.000 |
|   |   | Arrest Date: 2015-02-26 |
|   |   | Plea Date: 2016-04-06 |
|   |   | Plea: Plea of Guilty |
|   |   | Disposition Date: 2016-04-06 |
|   |   | Disposition: Dfrd Sentence |
|   |   |  |
|   |   | Sentence Date: 2016-05-25 |
|   |   | Sentence: Deferred Sentence Granted |
|   |   | Sentence Status: Void |
|   |   |  |
|   |   | Penalty: Victims Assistance Fund |
|   |   | Penalty Amount: 163.00 Penalty Units: Dollar Amount |

16-mj-01161-MJW  2

Penalty: Victim Compensation Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Genetic Testing Surcharge
Penalty Amount: 2.50 Penalty Units: Dollar Amount

Penalty: Public Defender Accts Rcvable
Penalty Amount: 25.00 Penalty Units: Dollar Amount

Penalty: Request for Time to Pay
Penalty Amount: 25.00 Penalty Units: Dollar Amount

Penalty: Restorative Justice Surcharge
Penalty Amount: 10.00 Penalty Units: Dollar Amount

Penalty: Drug Standardized Assessment
Penalty Amount: 45.00 Penalty Units: Dollar Amount

Penalty: Deferred Sentence
Penalty Amount: 4.00 Penalty Units: Year(s)

Penalty: Probation Supervision Fee
Penalty Amount: 2400.00 Penalty Units: Dollar Amount

Penalty: Restitution
Penalty Amount: 50000.00 Penalty Units: Dollar Amount

Penalty: Jail
Penalty Amount: 60.00 Penalty Units: Day(s)

Sentence Date: 2016-05-25
Sentence: Deferred Sentence Granted
Sentence Status: Active

Penalty: Victims Assistance Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Victim Compensation Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Genetic Testing Surcharge
Penalty Amount: 2.50 Penalty Units: Dollar Amount

Penalty: Public Defender Accts Rcvable
Penalty Amount: 25.00 Penalty Units: Dollar Amount

16-mj-01161-MJW  3

Penalty: Request for Time to Pay
Penalty Amount: 25.00 Penalty Units: Dollar Amount

Penalty: Restorative Justice Surcharge
Penalty Amount: 10.00 Penalty Units: Dollar Amount

Penalty: Drug Standardized Assessment
Penalty Amount: 45.00 Penalty Units: Dollar Amount

Penalty: Deferred Sentence
Penalty Amount: 4.00 Penalty Units: Year(s)

Penalty: Probation Supervision Fee
Penalty Amount: 2400.00 Penalty Units: Dollar Amount

Penalty: Joint and Several Restitution
Penalty Amount: 50000.00 Penalty Units: Dollar Amount

Penalty: Jail
Penalty Amount: 60.00 Penalty Units: Day(s)

3        2014-03-04        Charges: Theft-$750-$2,000 Added 4-6-16
                           Status: Main Charge
                           Statute: 18-4-401(1),(2)(e)
                           Class: M1 (Class 1 Misdemeanor)
                           Offense Date From: 2014-03-04
                           Offense Date To: 2015-01-05
                           Bac: 0.000
                           Arrest Date: 2015-02-26
                           Plea Date: 2016-04-06
                           Plea: Plea of Guilty
                           Disposition Date: 2016-05-25
                           Disposition: Guilty

                           Sentence Date: 2016-05-25
                           Sentence: Sentence by Court
                           Sentence Status: Active

                           Penalty: Victims Assistance Fund
                           Penalty Amount: 78.00 Penalty Units: Dollar Amount

                           Penalty: Probation
                           Penalty Amount: 4.00 Penalty Units: Year(s)

                           Penalty: Jail
                           Penalty Amount: 30.00 Penalty Units: Day(s)

16-mj-01161-MJW  4

**Scheduled Events**

| Date | Time | Details |
|------|------|---------|
| 03/26/2015 | 8:30 AM | Appearance on Bond |
| | | Room: 5 |
| | | Judge: Doyle, Robert S (10462) |
| | | Status: Hearing Held |
| 05/18/2015 | 2:00 PM | Preliminary Hearing |
| | | Room: 7 |
| | | Judge: Howell, Byron L. (24604) |
| | | Status: Continued by Parties |
| 06/09/2015 | 8:30 AM | Review |
| | | Room: 7 |
| | | Judge: Howell, Byron L. (24604) |
| | | Status: Hearing Held |
| 07/01/2015 | 2:00 PM | Preliminary Hearing |
| | | Room: 7 |
| | | Judge: Howell, Byron L. (24604) |
| | | Status: Hearing Held |
| 08/12/2015 | 8:30 AM | Arraignment |
| | | Room: E |
| | | Judge: Delgado, Katherine Rose (14482) |
| | | Status: Continued by Parties |
| 09/02/2015 | 8:30 AM | Arraignment |
| | | Room: E |
| | | Judge: Delgado, Katherine Rose (14482) |
| | | Status: Hearing Held |
| 11/20/2015 | 9:00 AM | Motions Hearing |
| | | Room: E |
| | | Judge: Delgado, Katherine Rose (14482) |
| | | Status: Continued by Parties |
| 01/20/2016 | 8:30 AM | Pre-Trial Conference |
| | | Room: E |
| | | Judge: Delgado, Katherine Rose (14482) |
| | | Status: Continued by Parties |
| 01/25/2016 | 9:00 AM | Jury Trial |
| | | Room: E |
| | | Judge: Delgado, Katherine Rose (14482) |
| | | Status: Continued by Parties |
| 01/26/2016 | 9:00 AM | Jury Trial |
| | | Room: E |
| | | Judge: Delgado, Katherine Rose (14482) |
| | | Status: Vacated |
| 02/26/2016 | 9:00 AM | Motions Hearing |
| | | Room: E |

|            |         |                                       |
|------------|---------|---------------------------------------|
|            |         | Judge: Delgado, Katherine Rose (14482) |
|            |         | Status: Hearing Held                  |
| 04/06/2016 | 8:30 AM | Pre-Trial Conference                  |
|            |         | Room: E                               |
|            |         | Judge: Delgado, Katherine Rose (14482) |
|            |         | Status: Hearing Held                  |
| 04/13/2016 | 9:00 AM | Jury Trial                            |
|            |         | Room: E                               |
|            |         | Judge: Delgado, Katherine Rose (14482) |
|            |         | Status: Vacated                       |
| 04/14/2016 | 9:00 AM | Jury Trial                            |
|            |         | Room: E                               |
|            |         | Judge: Delgado, Katherine Rose (14482) |
|            |         | Status: Vacated                       |
| 05/25/2016 | 8:30 AM | Sentencing Hearing                    |
|            |         | Room: E                               |
|            |         | Judge: Delgado, Katherine Rose (14482) |
|            |         | Status: Hearing Held                  |
| 04/06/2020 | 7:00 AM | Review Deferred                       |
|            |         | Room: E                               |
|            |         | Judge: Tow, Ted C (30592)             |
|            |         | Status: Continued by Parties          |
| 05/20/2020 | 8:30 AM | Review Deferred                       |
|            |         | Room: E                               |
|            |         | Judge: Tow, Ted C (30592)             |

### Proceedings

| Date       | Expiration Date | Code | Description                 |
|------------|-----------------|------|-----------------------------|
| 02/24/2015 |                 | Waff | Warrant Upon Affidavit      |
|            |                 |      | DEF/ Cruz, Genevieve Marie  |
| 02/26/2015 |                 | Wrbd | Warrant Bond Release        |
| 03/06/2015 |                 | Bond | Appearance Bond             |
|            |                 |      | DEF/ Cruz, Genevieve Marie  |
| 03/09/2015 |                 | Wcan | Warrant Canceled            |
|            |                 |      | DEF/ Cruz, Genevieve Marie  |
| 03/26/2015 |                 | Minc | Minute Order (print)        |
| 04/08/2015 |                 | Ordr | Order                       |
| 04/08/2015 |                 | Entr | Entry Of Appearance         |
|            |                 |      | DEF/ Cruz, Genevieve Marie  |
| 04/08/2015 |                 | Acta | Appl For Ct Appointed Cnsl  |
|            |                 |      | DEF/ Cruz, Genevieve Marie  |
| 05/18/2015 |                 | Minc | Minute Order (print)        |
| 06/09/2015 |                 | Minc | Minute Order (print)        |
| 07/01/2015 |                 | Wvex | Waiver Of Extradition       |
|            |                 |      | DEF/ Cruz, Genevieve Marie  |
| 07/01/2015 |                 | Wvex | Waiver Of Extradition       |

16-mj-01161-MJW  6

| | | | |
|---|---|---|---|
| 07/01/2015 | | Wave | Waiver |
| | | | DEF/ Cruz, Genevieve Marie |
| 07/01/2015 | | Minc | Minute Order (print) |
| 07/01/2015 | | Bind | Bindover To Dist Ct W/o Prelim |
| 08/12/2015 | | Minc | Minute Order (print) |
| 09/02/2015 | | Minc | Minute Order (print) |
| 11/09/2015 | | Rqst | Request Filed |
| | | | DEF/ Cruz, Genevieve Marie |
| 11/09/2015 | | Rqst | Request Filed |
| | | | DEF/ Cruz, Genevieve Marie |
| 11/09/2015 | | Notc | Notice Filed |
| | | | DEF/ Cruz, Genevieve Marie |
| 11/09/2015 | | Notc | Notice Filed |
| | | | DEF/ Cruz, Genevieve Marie |
| 11/09/2015 | | Notc | Notice Filed |
| | | | DEF/ Cruz, Genevieve Marie |
| 11/09/2015 | | Notc | Notice Filed |
| | | | DEF/ Cruz, Genevieve Marie |
| 11/16/2015 | | Motc | Motion To Contune (pty) |
| | | | DEF/ Cruz, Genevieve Marie |
| 11/17/2015 | | Ordr | Order |
| 11/17/2015 | | Minc | Minute Order (print) |
| 11/20/2015 | | Minc | Minute Order (print) |
| 01/26/2016 | | Jtdc | Jtrl Dispo-continued |
| 02/26/2016 | | Minc | Minute Order (print) |
| 03/24/2016 | | Notc | Notice Filed |
| | | | DEF/ Cruz, Genevieve Marie |
| 03/24/2016 | | Motn | Motion |
| | | | DEF/ Cruz, Genevieve Marie |
| 03/24/2016 | | Motn | Motion |
| | | | DEF/ Cruz, Genevieve Marie |
| 04/01/2016 | | Ordr | Order |
| 04/06/2016 | | Psio | Psi Ordered |
| 04/06/2016 | | Ordr | Order |
| 04/06/2016 | | Minc | Minute Order (print) |
| 04/06/2016 | | Cons | Consent |
| | | | DEF/ Cruz, Genevieve Marie |
| 04/06/2016 | | Advs | Advisement Form Filed |
| 04/14/2016 | | Jtnh | Jtrl Dispo - Trial Not Held |
| 05/18/2016 | | Psif | Pre-sentence Invest Rpt Filed |
| 05/23/2016 | | Foth | Filing Other |
| | | | DEF/ Cruz, Genevieve Marie |
| 05/23/2016 | | Exhb | Exhibit-attach To Pleading/doc |
| | | | DEF/ Cruz, Genevieve Marie |
| 05/23/2016 | | Exhb | Exhibit-attach To Pleading/doc |
| | | | DEF/ Cruz, Genevieve Marie |

| | | |
|---|---|---|
| 05/23/2016 | Exhb | Exhibit-attach To Pleading/doc |
| | | DEF/ Cruz, Genevieve Marie |
| 05/23/2016 | Exhb | Exhibit-attach To Pleading/doc |
| | | DEF/ Cruz, Genevieve Marie |
| 05/25/2016 | Tcop | Terms And Conditions Of Prob |
| 05/25/2016 | Ordr | Order |
| 05/25/2016 | Miti | Mittimus Issued |
| | | DEF/ Cruz, Genevieve Marie |
| 05/25/2016 | Minc | Minute Order (print) |
| 05/25/2016 | Clad | Case Closed |
| 06/06/2016 | Tcop | Terms And Conditions Of Prob |
| 06/07/2016 | Ordr | Order |

### Judgments

### No Information is Available for this case

### Bond Information

**ID**       **Details**

Bond Status: Bond Released
Bond Status Date: 05/25/2016
Set Date: 02/24/2015
Set Amount: 50000.00
Set Type: Cash or Surety
Post Date: 02/26/2015
Post Amount: 50000.00
Post Type: Surety
Adj Amount: 0.00

Surety: Quesada, Jesse L
Professional License Number: 403458
Power Number: Jq1-0-010895

### Registry

| Registry | Received | Disbursed | Assigned | Balance |
|---|---|---|---|---|
| Large Overpayments | 1500 | 1500.00 | 0.00 | 0.00 |
| Joint and Several Restitution | 42826 | 42826.00 | 0.00 | 0.00 |
| Registry Balance | 44326.00 | 44326.00 | 0.00 | 0.00 |

### Accounts Receivable

| Restitution Accounts Receivable | Assessed | Applied | J/S Recd Rel Cse | Balance |
|---|---|---|---|---|
| Joint and Several Restitution | 50000.00 | 42826 | 0.00 | 7174.00 |
| Drug Standardized Assessment | 45.00 | 45 | 0.00 | 0.00 |

16-mj-01161-MJW  8

| | | | | |
|---|---|---|---|---|
| Genetic Testing Surcharge | 2.50 | 2.5 | 0.00 | 0.00 |
| Probation Supervision Fee | 2400.00 | 2400 | 0.00 | 0.00 |
| Public Defender Accounts Receivable Code | 25.00 | 25 | 0.00 | 0.00 |
| Restorative Justice Surcharge | 10.00 | 10 | 0.00 | 0.00 |
| Time Payment Fee | 25.00 | 25 | 0.00 | 0.00 |
| Victim Compensation Fund | 163.00 | 163 | 0.00 | 0.00 |
| Victim's Assistance Fund | 241.00 | 241 | 0.00 | 0.00 |
| Accts Rcv Balance | 52911.50 | 45737.50 | 0.00 | 7174.00 |

**Unassigned Receipts**

**No Information is Available for this case**

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

# Colorado District & County Courts

## CO District & County - Adams
## (Adams County)

## 2015CR1236

## People Of The State Of Colorado Vs. Shryock, Adam

### Header

**Case Number:** 2015CR1236
**Date Filed:** 04/23/2015
**Date Full Case Retrieved:** 12/19/2017
**Status:** Closed
**Misc:** Criminal

[Summary][Agency][Related Cases][Participants][Charges][Scheduled Events][Proceedings]
[Judgments][Bond Information][Registry][Accounts Receivable][Unassigned Receipts]

### Summary

**Judge:** Ensor, Thomas Richard(1776)
**Court:** Adams County
**Division:** F
**Efiled:** N
**Appealed:** N
**Case Closed Date:** 05/16/2016

### Agency

| Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|
| Aurora Police Dept | 2015-2485 | | |

### Related Cases

**No Information is Available for this case**

### Participants

| Litigants | Attorneys |
|---|---|
| Shryock, Adam | Kishinevsky, Timur Gershon |
| Defendant 1 | Private Attorney |
| Dob: 1979-10-22 | Bar:31085 |
| Gender: Male | Primary Attorney: N |
| Race: Caucasian | |
| Alias: Shryock, Adam Cole | Tegtmeier, Richard Lewis |

Private Attorney
Bar:2544
Primary Attorney: Y

### Charges

| Count | Date | Details |
|---|---|---|
| 1 | 2014-04-04 | Charges: Theft-$1,000,000 Or More |
| | | Status: Dismissed |
| | | Statute: 18-4-401(1),(2)(j) |
| | | Class: F2 (Class 2 Felony) |
| | | Offense Date From: 2014-04-04 |
| | | Offense Date To: 2015-01-05 |
| | | Bac: 0.000 |
| | | Plea Date: 2015-11-12 |
| | | Plea: Plea Not Guilty |
| | | Disposition Date: 2016-05-16 |
| | | Disposition: Dism by DA |
| 2 | 2014-02-20 | Charges: Theft-$1,000,000 Or More-csp |
| | | Status: Dismissed |
| | | Statute: 18-4-401(1),(2)(j) |
| | | Class: F3 (Class 3 Felony) |
| | | Offense Date From: 2014-02-20 |
| | | Offense Date To: 2015-01-05 |
| | | Bac: 0.000 |
| | | Plea Date: 2015-11-12 |
| | | Plea: Plea Not Guilty |
| | | Disposition Date: 2016-05-16 |
| | | Disposition: Dism by DA |
| 3 | 2014-02-20 | Charges: Charitable Fraud-scheme To Defraud |
| | | Status: Main Charge |
| | | Statute: 6-16-111(1)(g),(2) |
| | | Class: F5 (Class 5 Felony) |
| | | Offense Date From: 2014-02-20 |
| | | Offense Date To: 2015-01-05 |
| | | Bac: 0.000 |
| | | Plea Date: 2016-03-16 |
| | | Plea: Plea of Guilty |
| | | Disposition Date: 2016-05-16 |
| | | Disposition: Dfrd Sentence |
| | | |
| | | Sentence Date: 2016-05-25 |
| | | Sentence: Deferred Sentence Granted |
| | | Sentence Status: Active |

Penalty: Victims Assistance Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Victim Compensation Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Genetic Testing Surcharge
Penalty Amount: 2.50 Penalty Units: Dollar Amount

Penalty: Request for Time to Pay
Penalty Amount: 25.00 Penalty Units: Dollar Amount

Penalty: Restorative Justice Surcharge
Penalty Amount: 10.00 Penalty Units: Dollar Amount

Penalty: Drug Standardized Assessment
Penalty Amount: 45.00 Penalty Units: Dollar Amount

Penalty: Deferred Sentence
Penalty Amount: 4.00 Penalty Units: Year(s)

Penalty: Probation Supervision Fee
Penalty Amount: 2400.00 Penalty Units: Dollar Amount

Penalty: Jail
Penalty Amount: 90.00 Penalty Units: Day(s)

Penalty: Joint and Several Restitution
Penalty Amount: 50000.00 Penalty Units: Dollar Amount

Penalty: E-Discovery
Penalty Amount: 10.00 Penalty Units: Dollar Amount

Sentence Date: 2016-05-20
Sentence: Deferred Sentence Granted
Sentence Status: Void

Penalty: Victims Assistance Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Victim Compensation Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Genetic Testing Surcharge
Penalty Amount: 2.50 Penalty Units: Dollar Amount

Penalty: Request for Time to Pay
Penalty Amount: 25.00 Penalty Units: Dollar Amount

Penalty: Restorative Justice Surcharge
Penalty Amount: 10.00 Penalty Units: Dollar Amount

Penalty: Drug Standardized Assessment
Penalty Amount: 45.00 Penalty Units: Dollar Amount

Penalty: Deferred Sentence
Penalty Amount: 4.00 Penalty Units: Year(s)

Penalty: Probation Supervision Fee
Penalty Amount: 2400.00 Penalty Units: Dollar Amount

Penalty: Jail
Penalty Amount: 90.00 Penalty Units: Day(s)

Penalty: Restitution
Penalty Amount: 50000.00 Penalty Units: Dollar Amount

Penalty: E-Discovery
Penalty Amount: 10.00 Penalty Units: Dollar Amount

Sentence Date: 2016-05-16
Sentence: Deferred Sentence Granted
Sentence Status: Void

Penalty: Victims Assistance Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Victim Compensation Fund
Penalty Amount: 163.00 Penalty Units: Dollar Amount

Penalty: Genetic Testing Surcharge
Penalty Amount: 2.50 Penalty Units: Dollar Amount

Penalty: Request for Time to Pay
Penalty Amount: 25.00 Penalty Units: Dollar Amount

Penalty: Restorative Justice Surcharge
Penalty Amount: 10.00 Penalty Units: Dollar Amount

Penalty: Drug Standardized Assessment
Penalty Amount: 45.00 Penalty Units: Dollar Amount

Penalty: Deferred Sentence
Penalty Amount: 4.00 Penalty Units: Year(s)

Penalty: Probation Supervision Fee
Penalty Amount: 2400.00 Penalty Units: Dollar Amount

Penalty: Jail
Penalty Amount: 90.00 Penalty Units: Day(s)

Penalty: Joint and Several Restitution
Penalty Amount: 50000.00 Penalty Units: Dollar Amount

Penalty: E-Discovery
Penalty Amount: 10.00 Penalty Units: Dollar Amount

| | | |
|---|---|---|
| 4 | 2014-04-04 | Charges: Theft-$750-$2,000 Added 03-16-16 |

Status: Main Charge
Statute: 18-4-401(1),(2)(e)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 2014-04-04
Offense Date To: 2015-01-05
Bac: 0.000
Plea Date: 2016-03-16
Plea: Plea of Guilty
Disposition Date: 2016-05-16
Disposition: Guilty

Sentence Date: 2016-05-16
Sentence: Sentence by Court
Sentence Status: Active

Penalty: Victims Assistance Fund
Penalty Amount: 78.00 Penalty Units: Dollar Amount

Penalty: Probation
Penalty Amount: 4.00 Penalty Units: Year(s)

### Scheduled Events

| Date | Time | Details |
|---|---|---|
| 05/27/2015 | 8:30 AM | Appearance on Bond |
| | | Room: 2 |
| | | Judge: Satter, Raymond Nathan (413) |
| | | Status: Hearing Held |
| 07/16/2015 | 9:00 AM | Preliminary Hearing |

|            |         |                                        |
|------------|---------|----------------------------------------|
|            |         | Room: 3                                |
|            |         | Judge: Cox, Michael Andrew (10882)     |
|            |         | Status: Continued by Parties           |
| 08/26/2015 | 9:00 AM | Preliminary Hearing                    |
|            |         | Room: 3                                |
|            |         | Judge: Cox, Michael Andrew (10882)     |
|            |         | Status: Hearing Held                   |
| 10/09/2015 | 9:00 AM | Disposition Hearing                    |
|            |         | Room: 3                                |
|            |         | Judge: Cox, Michael Andrew (10882)     |
|            |         | Status: Hearing Held                   |
| 11/12/2015 | 8:30 AM | Arraignment                            |
|            |         | Room: F                                |
|            |         | Judge: Ensor, Thomas Richard (1776)    |
|            |         | Status: Hearing Held                   |
| 02/05/2016 | 9:00 AM | Motions Hearing                        |
|            |         | Room: F                                |
|            |         | Judge: Ensor, Thomas Richard (1776)    |
|            |         | Status: Hearing Held                   |
| 03/16/2016 | 8:30 AM | Pre-Trial Conference                   |
|            |         | Room: F                                |
|            |         | Judge: Ensor, Thomas Richard (1776)    |
|            |         | Status: Hearing Held                   |
| 03/21/2016 | 9:00 AM | Jury Trial                             |
|            |         | Room: F                                |
|            |         | Judge: Ensor, Thomas Richard (1776)    |
|            |         | Status: Vacated                        |
| 03/22/2016 | 9:00 AM | Jury Trial                             |
|            |         | Room: F                                |
|            |         | Judge: Ensor, Thomas Richard (1776)    |
|            |         | Status: Vacated                        |
| 05/16/2016 | 8:30 AM | Sentencing Hearing                     |
|            |         | Room: F                                |
|            |         | Judge: Ensor, Thomas Richard (1776)    |
|            |         | Status: Hearing Held                   |
| 05/18/2020 | 8:30 AM | Review Deferred                        |
|            |         | Room: F                                |
|            |         | Judge: Ensor, Thomas Richard (1776)    |

## Proceedings

| Date       | Expiration Date | Code | Description              |
|------------|-----------------|------|--------------------------|
| 04/23/2015 |                 | Afaw | Affidavit For Arrest Warrant |
| 04/24/2015 |                 | Waff | Warrant Upon Affidavit   |
|            |                 |      | DEF/ Shryock, Adam       |
| 04/24/2015 |                 | Ordr | Order                    |
| 04/27/2015 |                 | Wrbd | Warrant Bond Release     |

16-mj-01161-MJW  15

| Date | Code | Description |
|------|------|-------------|
| 04/27/2015 | Wdtd | Detained On Warrant |
| 05/04/2015 | Wcan | Warrant Canceled |
| 05/04/2015 | Bond | Appearance Bond |
| | | DEF/ Shryock, Adam |
| 05/27/2015 | Minc | Minute Order (print) |
| 05/27/2015 | Advs | Advisement Form Filed |
| 07/03/2015 | Entr | Entry Of Appearance |
| | | DEF/ Shryock, Adam |
| 07/15/2015 | Fpor | Order For Fingerprint |
| 07/16/2015 | Minc | Minute Order (print) |
| 07/16/2015 | Fpcm | Fingerprint Ord-compliance |
| 08/26/2015 | Wave | Waiver |
| | | DEF/ Shryock, Adam |
| 08/26/2015 | Minc | Minute Order (print) |
| 10/09/2015 | Wave | Waiver |
| | | DEF/ Shryock, Adam |
| 10/09/2015 | Minc | Minute Order (print) |
| 10/09/2015 | Bind | Bindover To Dist Ct W/o Prelim |
| 02/05/2016 | Minc | Minute Order (print) |
| 03/16/2016 | Psio | Psi Ordered |
| 03/16/2016 | Ordr | Order |
| 03/16/2016 | Mord | Motion And Order |
| 03/16/2016 | Minc | Minute Order (print) |
| 03/16/2016 | Cons | Consent |
| 03/17/2016 | Rqst | Request Filed |
| | | DEF/ Shryock, Adam |
| 03/22/2016 | Jtnh | Jtrl Dispo - Trial Not Held |
| 05/10/2016 | Psif | Pre-sentence Invest Rpt Filed |
| 05/16/2016 | Tcop | Terms And Conditions Of Prob |
| 05/16/2016 | Minc | Minute Order (print) |
| 05/16/2016 | Clad | Case Closed |
| 05/18/2016 | Ordr | Order |
| 05/19/2016 | Ordr | Order |
| 06/06/2016 | Tcop | Terms And Conditions Of Prob |
| 06/07/2016 | Ordr | Order |
| 06/27/2016 | Miti | Mittimus Issued |
| | | DEF/ Shryock, Adam |
| 07/22/2016 | Motn | Motion |
| | | DEF/ Shryock, Adam |
| 07/25/2016 | Ordr | Order |
| 09/26/2017 | Entr | Entry Of Appearance |
| | | DEF/ Shryock, Adam |

**Judgments**

**No Information is Available for this case**

## Bond Information

| ID | Details |
|----|---------|
|    | Bond Status: Bond Released |
|    | Bond Status Date: 05/16/2016 |
|    | Set Date: 04/24/2015 |
|    | Set Amount: 50000.00 |
|    | Set Type: Cash or Surety |
|    | Post Date: 05/04/2015 |
|    | Post Amount: 50000.00 |
|    | Post Type: Surety |
|    | Adj Amount: 0.00 |
|    | |
|    | Surety: Beard, Mark E |
|    | Professional License Number: 91937 |
|    | Power Number: 555130141-6 |

## Registry

| Registry | Received | Disbursed | Assigned | Balance |
|----------|----------|-----------|----------|---------|
| Joint and Several Restitution | 7174 | 7174.00 | 0.00 | 0.00 |
| Registry Balance | 7174.00 | 7174.00 | 0.00 | 0.00 |

## Accounts Receivable

| Restitution Accounts Receivable | Assessed | Applied | J/S Recd Rel Cse | Balance |
|---------------------------------|----------|---------|------------------|---------|
| Joint and Several Restitution | 50000.00 | 7174 | 0.00 | 42826.00 |
| Collections Cost Recovery | 5.00 | 5 | 0.00 | 0.00 |
| Drug Standardized Assessment | 45.00 | 45 | 0.00 | 0.00 |
| E-Discovery | 10.00 | 10 | 0.00 | 0.00 |
| Genetic Testing Surcharge | 2.50 | 2.5 | 0.00 | 0.00 |
| Late Penalty Fee | 40.00 | 40 | 0.00 | 0.00 |
| Probation Supervision Fee | 2400.00 | 2400 | 0.00 | 0.00 |
| Restorative Justice Surcharge | 10.00 | 10 | 0.00 | 0.00 |
| Time Payment Fee | 25.00 | 25 | 0.00 | 0.00 |
| Victim Compensation Fund | 163.00 | 163 | 0.00 | 0.00 |
| Victim's Assistance Fund | 163.00 | 163 | 0.00 | 0.00 |
| Accts Rcv Balance | 52863.50 | 10037.50 | 0.00 | 42826.00 |

## Unassigned Receipts

### No Information is Available for this case

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

☐ County Court  
*Tribunal de condado*

☑ District Court  
*Tribunal de distrito*

_____ County, Colorado

*Condado de* _____ *Colorado*

Court Address: _____  
*Dirección del tribunal:*

**People of the State of Colorado**  
*El pueblo del estado de Colorado*

v.  
*vs.*

Defendant: **Adam Shryock**  
*Acusado:*

Attorney or Party Without Attorney (Name and Address):  
*Abogado o parte sin abogado (nombre y dirección):*

Phone Number: _____  
*Teléfono:*

FAX Number: _____  
*Fax:*

E-mail: _____  
*Correo electrónico*

Atty. Reg. #: _____  
*Matr. prof. nº.:*

**FILED IN ADAMS COUNTY**  
**COMBINED COURT**

**MAY 16 2016**

DATE FILED: May 16, 2016  
CASE NUMBER: 2015CR1236

▲   **COURT USE ONLY**   ▲  
*USO EXCLUSIVO DEL TRIBUNAL*

Case Number: **15CR 1236**  
*Nº de causa:*

ML Number: _____  
*Nº ML:*

SID Number: _____  
*Nº SID:*

Division: **F**   Courtroom: **401**  
*División:*   *Sala:*

**CONDITIONS OF** **~~Deferred~~ Probation** **FOR THE OFFENSE(S) OF** **Charitable Fraud FS**  
**CONDICIONES DE**   **POR LOS DELITOS DE** **Theft - M1**

**GRANTED ON** **5/16/16** to **5/16/20**  
**CONCEDIDO EL**   *al*

You shall be supervised by the probation department for a period of **4** ☐ months ☒ years and shall comply with the following conditions and those listed on the reverse side of this form. You may be supervised in specialized programs, as determined by the probation department, with additional conditions imposed.

*Será supervisado por el departamento de libertad condicional por un periodo de _____ ☐meses ☐años y deberá cumplir con las siguientes condiciones además de las anotadas al dorso de este formulario. Podrá ser supervisado en programas especializados, según lo determine el departamento de libertad condicional, con condiciones adicionales.*

**As a condition of supervision, you shall pay the following amounts:**  
*Como condición de la supervisión, deberá pagar los siguientes montos:*

| | | | |
|---|---|---|---|
| Victim compensation cost (VCMP) *Costos de compensación a víctimas* | $163 00 | Drug offender surcharge (DRUG) *Recargo - delitos de drogas* | $_____ |
| Victims assistance surcharge (VAST) *Recargo de asistencia a víctimas* | $163 00 | Special advocate surcharge (SPAD/SPAG) *Recargo del defensor especial* | $_____ |
| Restitution (REST) *Indemnización* | $50,000 | Sex offender surcharge (SXOF) *Recargo - delincuentes sexuales* | $_____ |
| Time payment fee (TIME) *Cuota de financiación* | $25 00 | Youthful offender surcharge (YTHO) *Recargo - delincuentes juveniles* | $_____ |
| Sheriff costs (ASSF) *Costos de los servicios del sheriff* | $_____ | Drug standardized assessment fee (DSAS) *Gravamen estandarizado de drogas* | $45 00 |
| Attorney fees (ATYF) *Honorarios de los abogados* | $_____ | Drug testing fee (PDTS) *Cuota de prueba de detección de drogas* | $_____ |
| Supervision fee (SUPV) *Cuota de supervisión* | $2400 | Genetic testing (Offender ID Fee) (OFID) *Pruebas genéticas (cuota - identificación de delincuente)* | $_____ |
| ADDS fee (ALCV) *Cuota ADDS* | $_____ | Public defender fee (PDAR) *Cuota del defensor público* | $_____ |
| Fine (FLNF/MISD) *Multa* | $_____ | Child abuse investigation surcharge (CHLD) *Recargo - investigación de abuso de menores* | $_____ |
| Court security fund (CSCF) *Fondo de seguridad del tribunal* | $5 00 | Victim address confidentiality surcharge (ADDR) *Recargo- confidencialidad domicilio de la víctima* | $_____ |
| Court costs - docket fee (CRTX) *Costo judicial – cargo por la lista de causas* | $35 00 | Genetic testing surcharge (GTSC) *Recargo – pruebas genéticas* | $250 |
| LEAF fee (LEAF) *Cuota LEAF* | $_____ | Other _____ RJSF _____ *Otro* EDIS | $10.00  10.00 |
| Rural alcohol & substance abuse surcharge (RYAS) *Recargo rural por abuso de alcohol y drogas* | $_____ | **TOTAL** *TOTAL* | $_____ |

OLA – Translation Advisory Group Approved  
© Colorado Judicial Department for use in Courts of Colorado

# STANDARD CONDITIONS
## *CONDICIONES ESTÁNDAR*

1. You shall not violate any local, state or federal law.
   *No quebrantará ninguna ley local, estatal, ni federal.*

2. You shall not harass, molest, intimidate, retaliate against, or tamper with any victims of or any prosecution witnesses to the crime.
   *No acosará, molestará, intimidará, tomará represalias ni interferirá con las víctimas o testigos de cargo del delito.*

3. You are required to register as a sex offender if you are convicted of an offense involving unlawful sexual behavior, pursuant to §16-22-101, et.seq.
   *Debe registrarse como delincuente sexual si se le condena de un delito que involucre conducta sexual ilícita, conforme al artículo 16-22-101 y siguientes.*

4. You shall maintain a permanent residence and shall report any change of address, as directed by the probation officer.
   *Mantendrá domicilio permanente e informará sobre cualquier cambio de domicilio según se lo indique el agente de libertad condicional.*

5. You shall not leave the State of Colorado without written permission from the probation officer or the court.
   *No saldrá del estado de Colorado sin permiso por escrito del agente de libertad condicional o del juez.*

6. You shall report to the probation officer at reasonable times, as directed by the court or the probation officer, and permit the probation officer to visit you at reasonable times at home or elsewhere.
   *Se presentará ante el agente de libertad condicional a horas razonables, según instrucciones del juez o el agente, y permitirá al agente de libertad condicional visitarlo a horas razonables en su casa u otro lugar.*

7. You shall answer all reasonable inquiries by the probation officer.
   *Contestará todas las preguntas razonables del agente de libertad condicional.*

8. You shall report any law enforcement contacts to the probation officer.
   *Deberá informar a su agente de libertad condicional sobre cualquier contacto con las autoridades.*

9. You may be required to notify third parties of your criminal record, as directed by the probation officer.
   *Podrá exigírsele notificar a terceros sobre sus antecedentes penales, según instrucciones del agente de libertad condicional.*

10. You shall maintain or seek suitable employment or faithfully pursue a course of study or vocational training and shall report any change in employment or educational status, as directed by the probation officer.
    *Mantendrá o buscará empleo adecuado o cursará fielmente estudios o capacitación vocacional e informará sobre cualquier cambio de la situación laboral o educativa, según instrucciones del agente de libertad condicional.*

11. You shall support your dependents and meet your other family responsibilities, including any obligations for child support or spousal maintenance.
    *Mantendrá a las personas a su cargo y cumplirá con sus demás responsabilidades familiares, incluyendo cualquier obligación de manutención conyugal o de menores.*

A Time Payment Fee shall be assessed on your case unless all amounts (excluding supervision fee) are paid when the Order for payment is entered and such fee shall be assessed annually if there remains an outstanding balance. In addition, late payments are subject to late fees, additional collection action, and collection costs. A cost of care reimbursement may be assessed in addition to the amounts above and may also be a continuing obligation after probation is terminated.

*Se cobrará una cuota de financiación en su caso a menos que pague la totalidad de los montos (excepto la cuota de supervisión) al momento de registrarse la orden de pago y tal cuota se cobrará si queda saldo pendiente. Además, los pagos tardíos están sujetos a recargos, proceso de cobro jurídico y costos de cobranzas. Se le podrá imponer el monto por el reembolso del costo del cuidado además de los montos anteriores y podrá ser también una obligación financiera que continúe después de terminada la libertad condicional.*

The total amount shall be paid to the Clerk of Court at the address listed above, as follows:
*El monto total se paga al Secretario del tribunal en la dirección del encabezado, como sigue:*

❑ According to a payment schedule as determined by the Collections Investigator.
*Conforme a un plan de pagos determinado por el investigador de cobranzas.*

❑ At the rate of $_____, per_____ (time period), beginning _____ (date).
*A la tasa de $          por          (plazo), a partir de                    (fecha).*

**Additional conditions:** You shall participate in, cooperate with, pay any fees required, and successfully complete the following as indicated:
*Condiciones adicionales: Deberá participar, cooperar, pagar cualquier cuota necesaria y cumplir satisfactoriamente lo siguiente, según se le indique:*

❑ Substance abuse evaluation/treatment.
*Evaluaciones o tratamiento para el abuso de sustancias.*

❑ Mental health evaluation/counseling or treatment.
*Evaluación, terapia o tratamiento de salud mental.*

❑ Community corrections for _____ beginning _____.
*Correccional comunitario por          a partir de*

❑ Community service of _____ hours completed by_____.
*Servicio comunitario de          horas cumplidas para el*

❑ Electronic monitoring for _____ days **or** ❑ Global position monitoring for _____ days.
*Control electrónico por          días o  Control de posicionamiento global por          días.*

☒ Jail for ___90 days___ beginning ___6-24-16 @ 6pm___
*Cárcel por          a partir de*

❑ Work release for _____ beginning _____.
*Reclusión con permiso para salir a trabajar por          a partir de*

❑ You shall not contract any financial obligations without approval of your probation officer and/or Collections Investigator.
*No adquirirá ninguna obligación financiera sin la aprobación de su agente de libertad condicional o del investigador de cobranzas.*

❑ You shall comply with all terms and restrictions imposed by any Protection Order.
*Deberá cumplir con todas las condiciones y restricciones impuestas en la orden de protección.*

☒ Other ___Under economic crime unit.___
*Otra*

☒ Other ___no association with charities___
*Otra*

| | | |
|---|---|---|
| | Judge | Date |
| | *Juez* | *Fecha* |

Date: 5-16-16

I have received a copy of these conditions and have read them carefully with full understanding. I understand that if I violate these conditions, I may be brought before the Court for revocation and imposition of sentence.
*He recibido copia de estas condiciones y las he leído con atención entendiéndolas plenamente. Entiendo que si las incumplo, se me pondrá a disposición del juez para revocación e imposición de la condena.*

| | | |
|---|---|---|
| Defendant  1000 SPEER BLVD A1200 | Date  5-16-16 | Probation Officer/Witness |
| *Acusado*  DENVER, CO 80204 | *Fecha* | *Agente de libertad condicional o testigo* |

Date / *Fecha*

12. You shall not possess any firearm, explosive or other destructive device, or any other dangerous weapon, unless you obtain written permission from the Court.

   *No poseerá armas de fuego ni mecanismos explosivos o destructivos, ni ninguna otra arma peligrosa, salvo si cuenta con permiso por escrito del juez.*

13. You shall not use alcohol (to excess)\* or use unlawfully any controlled substance or other dangerous or abusable drug or substance. **\*Strike as appropriate.**

   *No consumirá alcohol (en exceso)\*, ni usará ilegalmente ninguna sustancia controlada, ni ninguna otra droga, ni sustancia peligrosa o adictiva. **\*Tache conforme sea apropiado.***

14. You shall submit to substance testing at the direction of the probation officer, and it may be at your expense.

   *Se someterá a pruebas para la detección de substancias según instrucciones del agente de libertad condicional, y tal vez tendrá que pagarlas usted mismo.*

15. You shall obtain counseling or treatment for drug abuse, alcohol abuse, or a mental condition and shall remain in a specified residential facility if necessary for that purpose, as required by the court or the probation officer. You may be responsible for the costs of the program.

   *Deberá obtener orientación sicológica o tratamiento para el abuso de drogas, abuso del alcohol, o alguna condición mental y permanecerá en un centro residencial especificado, si es necesario para ese fin, según lo exija el juez o el agente de libertad condicional. Es posible que tenga que hacerse responsable del costo del programa.*

16. You shall not act as a confidential informant. This can only be waived by the Court. Pursuant to State Court Administrator Memorandum DPS-07-06 dated July 17, 2007.

   *No podrá actuar como informante confidencial. Esto sólo se lo puede dispensar el juez, conforme al Memorando del administrador de tribunales estatales DPS-07-06 de fecha 17 de julio del 2007.*

17. If convicted of a Felony, you shall sign a written prior waiver of extradition indicating you waive all formal proceedings in the event you are arrested in another state and you agree to be returned to Colorado.

   *Si es condenado de un delito mayor, deberá firmar un documento de renuncia previa a la extradición manifestando que renuncia a toda diligencia formal en caso de que sea arrestado en otro estado y que acepta ser traído de regreso a Colorado.*

18. You shall comply with any other requirements of the probation officer in order to meet the conditions imposed by the Court.

   *Cumplirá con cualquier otro requisito del agente de libertad condicional a fin de cumplir las condiciones impuestas por el juez.*

19. If you are convicted of **1)** any Felony, **2)** any Misdemeanor offense involving unlawful sexual behavior or **3)** if you receive a deferred sentence for an offense involving unlawful sexual behavior and you have not previously provided a sample, you shall be required to submit to and pay for a test of your biological substance to determine genetic markers (DNA) in accordance with §16-11-102.4, C.R.S.

   *Si se le condena de **1)** cualquier delito mayor, **2)** delito menor que involucre conducta sexual ilícita, o **3)** si recibe una condena diferida por un delito que involucre conducta sexual ilícita, y no ha proporcionado una muestra anteriormente, se le exigirá someterse a y pagar el costo de una prueba de sus sustancias biológicas para determinar sus marcadores genéticos (ADN) conforme al Código de Derecho Reformado de Colorado, artículo 16-11-102.4.*

20. You shall submit to search of your person, personal effects, residence or vehicle by a probation officer when there are reasonable grounds to conduct the search.

   *Deberá permitir que el agente de libertad condicional lo registre tanto a usted como a sus pertenencias, residencia o vehículo cuando existan razones justificables para hacerlo.*

| ☐ County Court  ☒ District Court   Adams County, CO | |
|---|---|
| Court Address:<br>Adams County Justice Center<br>1100 Judicial Center Dr.<br>Brighton, CO 80601 | |
| THE PEOPLE OF THE STATE OF COLORADO vs.<br>Defendant: | DATE FILED: June 6, 2016 10:39 AM<br>CASE NUMBER: 2015CR1236<br>▲ COURT USE ONLY ▲ |
| **Adam Shryock** | Case Number: **15CR1236**<br>ML Number: **75948132**<br>SID Number: **2976407** |
| Attorney or Party Without Attorney: (Name & Address) | Judge: **Thomas R. Ensor**<br>Div.: **F** |
| Phone Number:                    E-mail:<br>FAX Number:                    Atty. Reg. #: | |

## Additional Terms and Conditions of Probation-Economic Crime

The defendant will be supervised by the probation officer for a period of <u>4 years</u>, and will comply with the following conditions:                    Termination Date: <u>5/16/2020</u>

In addition to all of the standard terms and conditions of probation, and unless otherwise authorized by the probation department or the court, the following Economic Crime Terms and Conditions will apply for the duration of your sentence.

*AS* 1) You shall not acquire any new debt or financial obligation and you will disclose any current debts or financial obligations.

*AS* 2) You shall not invest or lend any money or extend any credit and you will disclose any current investments, lending arrangement and / or extension of credit.

*AS* 3) You shall not enter into any financial contracts and / or arrangements and you will disclose any current financial contracts and / or arrangements.

*AS* 4) You shall not enter into any contracts and / or policies of insurance or annuity and you will disclose any current contracts or policies of insurance or annuity.

*AS* 5) You shall not open any checking and / or savings accounts and you will disclose any current checking and / or savings accounts.

*AS* 6) You shall not open, control, or assume ownership in or any interest in any bank or brokerage account, financial instrument or financial product and you will disclose any current account, instrument or financial product.

*AS* 7) You shall not purchase or lease a vehicle and you will disclose ownership information for any vehicle owned or leased by you or provided for your exclusive or occasional use by another person, business or other legal entity.

6-3-16

Maureen Dodd
6316

Additional Terms and Conditions of Probation – Economic Crime
Page 1 of 3

8)  You shall not enter into, participate in, or benefit from any real estate transaction and you will disclose any current real estate owned, controlled, managed, leased, rented, or any option to purchase, lease or rent.

9)  You shall not have access to or control of any assets, funds, or financial information of any individual, group, business or other legal entity and you will disclose any current access or control of assets, funds or financial information.

10)  You shall not manage or participate in managing any person, group, trust, legal entity, business, or act as a fiduciary* for any such persons, groups, trust, or other legal entity and you will disclose any current management or fiduciary relationships.

11)  You shall not be employed by, employ, or have any contact with any co-defendant in the present offense.

12)  You shall not create a new business or acquire a new or existing business, work as a subcontractor, act as a registered agent, or otherwise be self employed and you will disclose any current control of or ownership interest in any business, any subcontractor, registered agent, or self employment situation.

13)  You shall disclose the nature and duties of your employment. You will inform your employer in writing of the nature and details of your offense and your status on probation.

14)  You shall furnish budgets and financial documentation of any and all sources of personal and business assets, income and expenses.

15)  You shall furnish documentation of assets, income and expenses for all persons living in your household.

16)  You shall furnish Federal and State income tax returns and any tax court judgments with all attachments and schedules for the past 3 years and thereafter on a yearly basis or as requested. You will authorize any inquiry to verify the accuracy of the returns, attachments and schedules filed. Note that any arrangement made for payment of taxes or any other debt does not relieve you of court ordered financial obligations.

17)  You shall furnish credit bureau reports from recognized credit reporting agencies as requested.

18)  You shall disclose any personal and / or business, pending or finalized bankruptcy action, including any filing, dismissal, pleadings, schedules, attachments, or discharge of bankruptcy.

19)  You shall notify your probation officer of all pending civil actions immediately. You shall provide documentation for all pending and final civil cases including all pleadings, motions, civil judgments, liens and garnishments as requested.

20)  You shall allow your probation officer, supervision team or other trained person, to conduct searches of computers, computer records, hard drives, storage devices and other electronic and / or digital media owned by, provided for the use of, or otherwise utilized by you and you will furnish any other documents and / or proofs relevant to the adequate analysis of your financial position. The person conducting the search may include a non-judicial employee and you may be required to pay for such a search.

Additional Terms and Conditions of Probation – Economic Crime
Page 2 of 3

6-3-16

16-mj-01161-MJW   24

Maurees Day
6-3-16

21) You shall not be allowed to subscribe to any internet service provider, by modem, LAN, DSL or any other internet access (to include, but not limited to access through satellite dishes, PDAs, electronic games, web televisions, internet appliances and cellular/digital telephones) and shall not be allowed to use another person's internet access or access the internet through any venue until approved by the supervision team. When access has been approved, you agree to sign, and comply with, the conditions of the "Electronic Use Agreement"

22) You may be required to obtain. cooperate in or submit to an independent financial audit by a qualified professional approved by probation and it may be at your expense.

23) You may be required to cooperate with and pay for a third party approved by probation to document your income, obligations and financial affairs.

24) You may be required to cooperate, participate in, successfully complete, and pay for any economic crime and / or theft counseling, education, treatment, or victim empathy class or group.

25) You may be required to cooperate in and pay for issue specific and / or maintenance polygraph examinations.

26) You shall be truthful and complete in all statements, disclosures and documents provided to probation. All disclosures shall be in written form and approved by the probation officer.

Violations of the Additional Terms and Conditions of Economic Crime may result in sanctions imposed by the probation department, a review of your non compliance in a probation or court proceeding, a Hearing for Revocation for Violation of Probation with the imposition of sanctions and / or incarceration, if the court finds a violation has occurred.

I have received an identical copy of these terms and conditions and I have read them carefully with full understanding. I understand I must respond truthfully and completely to all inquiries and requests in order to be in full compliance with these terms and conditions. I understand the consequences of any violation of these terms and conditions.

By signing below I affirm and acknowledge my acceptance of these terms and conditions as an integral component of my sentence for the economic crime(s) committed.

| | | | |
|---|---|---|---|
| _Defendant_ | 6-3-16 _Date_ | _Probation Officer_ | 6-3-16 _Date_ |

By The Court: _____
                    Judge / Magistrate        _____
                                              Date

**\*fiduciary**
A person, such as an investment manager, the executor or personal representative of an estate, a mortgage broker, a financial planner or an employee of an organization, such as a bank, entrusted with the property of another party and in whose best interests the fiduciary is expected to act when holding, investing, or otherwise using that party's property. The key to determining whether an individual or an entity is a fiduciary is whether they are exercising discretion or control over the finances, information or assets of another person or group.

Additional Terms and Conditions of Probation – Economic Crime
Page 3 of 3