# United States Sentencing Commission



## *Statistical Information Packet*

*Fiscal Year 2016*
*Tenth Circuit*

## Table 4

### TYPE OF SENTENCE IMPOSED BY PRIMARY OFFENSE CATEGORY
### Fiscal Year 2016

**National**

| PRIMARY OFFENSE | TOTAL | Prison Only | | Prison/Community Split Sentence | | Probation and Confinement | | Probation Only | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| TOTAL | 67,238 | 58,832 | 87.5 | 1,876 | 2.8 | 1,654 | 2.5 | 4,876 | 7.3 |
| Murder | 85 | 81 | 95.3 | 4 | 4.7 | 0 | 0.0 | 0 | 0.0 |
| Manslaughter | 57 | 53 | 93.0 | 3 | 5.3 | 1 | 1.8 | 0 | 0.0 |
| Kidnapping/Hostage Taking | 39 | 37 | 94.9 | 1 | 2.6 | 0 | 0.0 | 1 | 2.6 |
| Sexual Abuse | 620 | 589 | 95.0 | 18 | 2.9 | 3 | 0.5 | 10 | 1.6 |
| Assault | 800 | 614 | 76.8 | 51 | 6.4 | 28 | 3.5 | 107 | 13.4 |
| Robbery | 702 | 658 | 93.7 | 30 | 4.3 | 7 | 1.0 | 7 | 1.0 |
| Arson | 46 | 43 | 93.5 | 0 | 0.0 | 1 | 2.2 | 2 | 4.3 |
| Drugs - Trafficking | 19,229 | 17,913 | 93.2 | 547 | 2.8 | 257 | 1.3 | 512 | 2.7 |
| Drugs - Communication Facility | 271 | 194 | 71.6 | 10 | 3.7 | 15 | 5.5 | 52 | 19.2 |
| Drugs - Simple Possession | 1,839 | 1,596 | 86.8 | 4 | 0.2 | 12 | 0.7 | 227 | 12.3 |
| Firearms | 7,297 | 6,806 | 93.3 | 179 | 2.5 | 117 | 1.6 | 195 | 2.7 |
| Burglary/B&E | 23 | 14 | 60.9 | 5 | 21.7 | 2 | 8.7 | 2 | 8.7 |
| Auto Theft | 45 | 37 | 82.2 | 3 | 6.7 | 0 | 0.0 | 5 | 11.1 |
| Larceny | 987 | 374 | 37.9 | 40 | 4.1 | 134 | 13.6 | 439 | 44.5 |
| Fraud | 6,491 | 4,666 | 71.9 | 412 | 6.3 | 458 | 7.1 | 955 | 14.7 |
| Embezzlement | 314 | 112 | 35.7 | 18 | 5.7 | 39 | 12.4 | 145 | 46.2 |
| Forgery/Counterfeiting | 449 | 325 | 72.4 | 35 | 7.8 | 26 | 5.8 | 63 | 14.0 |
| Bribery | 196 | 138 | 70.4 | 13 | 6.6 | 21 | 10.7 | 24 | 12.2 |
| Tax | 523 | 273 | 52.2 | 41 | 7.8 | 62 | 11.9 | 147 | 28.1 |
| Money Laundering | 724 | 533 | 73.6 | 36 | 5.0 | 37 | 5.1 | 118 | 16.3 |
| Racketeering/Extortion | 913 | 829 | 90.8 | 18 | 2.0 | 24 | 2.6 | 42 | 4.6 |
| Gambling/Lottery | 74 | 20 | 27.0 | 5 | 6.8 | 9 | 12.2 | 40 | 54.1 |
| Civil Rights | 43 | 25 | 58.1 | 0 | 0.0 | 8 | 18.6 | 10 | 23.3 |
| Immigration | 20,046 | 18,986 | 94.7 | 209 | 1.0 | 147 | 0.7 | 704 | 3.5 |
| Child Pornography | 1,936 | 1,877 | 97.0 | 38 | 2.0 | 7 | 0.4 | 14 | 0.7 |
| Prison Offenses | 474 | 426 | 89.9 | 29 | 6.1 | 5 | 1.1 | 14 | 3.0 |
| Administration of Justice Offenses | 1,033 | 735 | 71.2 | 60 | 5.8 | 52 | 5.0 | 186 | 18.0 |
| Environmental/Wildlife | 138 | 28 | 20.3 | 1 | 0.7 | 18 | 13.0 | 91 | 65.9 |
| National Defense | 100 | 87 | 87.0 | 4 | 4.0 | 1 | 1.0 | 8 | 8.0 |
| Antitrust | 21 | 10 | 47.6 | 0 | 0.0 | 0 | 0.0 | 11 | 52.4 |
| Food & Drug | 110 | 29 | 26.4 | 9 | 8.2 | 13 | 11.8 | 59 | 53.6 |
| Other Miscellaneous Offenses | 1,613 | 724 | 44.9 | 53 | 3.3 | 150 | 9.3 | 686 | 42.5 |

Of the 67,742 guideline cases, 504 cases were excluded due to one of the following reasons: missing sentencing information (1), or cases in which the defendant received no imprisonment or probation (503).

SOURCE: U.S. Sentencing Commission, 2016 Datafile, USSCFY16.

7

## Table 5

### TYPE OF SENTENCE IMPOSED BY PRIMARY OFFENSE CATEGORY
### Fiscal Year 2016

**Tenth Circuit**

| PRIMARY OFFENSE | TOTAL | Prison Only N | Prison Only % | Prison/Community Split Sentence N | Prison/Community Split Sentence % | Probation and Confinement N | Probation and Confinement % | Probation Only N | Probation Only % |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 7,451 | 6,794 | 91.2 | 154 | 2.1 | 94 | 1.3 | 409 | 5.5 |
| Murder | 13 | 10 | 76.9 | 3 | 23.1 | 0 | 0.0 | 0 | 0.0 |
| Manslaughter | 20 | 16 | 80.0 | 3 | 15.0 | 1 | 5.0 | 0 | 0.0 |
| Kidnapping/Hostage Taking | 1 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 |
| Sexual Abuse | 41 | 38 | 92.7 | 1 | 2.4 | 2 | 4.9 | 0 | 0.0 |
| Assault | 87 | 60 | 69.0 | 13 | 14.9 | 2 | 2.3 | 12 | 13.8 |
| Robbery | 61 | 56 | 91.8 | 4 | 6.6 | 1 | 1.6 | 0 | 0.0 |
| Arson | 3 | 3 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Drugs - Trafficking | 1,226 | 1,136 | 92.7 | 38 | 3.1 | 20 | 1.6 | 32 | 2.6 |
| Drugs - Communication Facility | 37 | 27 | 73.0 | 0 | 0.0 | 3 | 8.1 | 7 | 18.9 |
| Drugs - Simple Possession | 45 | 19 | 42.2 | 0 | 0.0 | 0 | 0.0 | 26 | 57.8 |
| Firearms | 517 | 464 | 89.7 | 31 | 6.0 | 8 | 1.5 | 14 | 2.7 |
| Burglary/B&E | 4 | 1 | 25.0 | 1 | 25.0 | 0 | 0.0 | 2 | 50.0 |
| Auto Theft | 1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 |
| Larceny | 52 | 17 | 32.7 | 1 | 1.9 | 2 | 3.8 | 32 | 61.5 |
| Fraud | 217 | 138 | 63.6 | 13 | 6.0 | 16 | 7.4 | 50 | 23.0 |
| Embezzlement | 31 | 9 | 29.0 | 1 | 3.2 | 5 | 16.1 | 16 | 51.6 |
| Forgery/Counterfeiting | 28 | 17 | 60.7 | 2 | 7.1 | 4 | 14.3 | 5 | 17.9 |
| Bribery | 2 | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Tax | 38 | 17 | 44.7 | 2 | 5.3 | 5 | 13.2 | 14 | 36.8 |
| Money Laundering | 30 | 19 | 63.3 | 4 | 13.3 | 1 | 3.3 | 6 | 20.0 |
| Racketeering/Extortion | 59 | 42 | 71.2 | 2 | 3.4 | 6 | 10.2 | 9 | 15.3 |
| Gambling/Lottery | 3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 3 | 100.0 |
| Civil Rights | 1 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 |
| Immigration | 4,597 | 4,484 | 97.5 | 9 | 0.2 | 5 | 0.1 | 99 | 2.2 |
| Child Pornography | 106 | 99 | 93.4 | 4 | 3.8 | 1 | 0.9 | 2 | 1.9 |
| Prison Offenses | 44 | 33 | 75.0 | 10 | 22.7 | 0 | 0.0 | 1 | 2.3 |
| Administration of Justice Offenses | 83 | 50 | 60.2 | 7 | 8.4 | 3 | 3.6 | 23 | 27.7 |
| Environmental/Wildlife | 8 | 1 | 12.5 | 1 | 12.5 | 2 | 25.0 | 4 | 50.0 |
| National Defense | 2 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 1 | 50.0 |
| Antitrust | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Food & Drug | 5 | 4 | 80.0 | 0 | 0.0 | 0 | 0.0 | 1 | 20.0 |
| Other Miscellaneous Offenses | 89 | 31 | 34.8 | 3 | 3.4 | 6 | 6.7 | 49 | 55.1 |

Of the 7,505 guideline cases from the Tenth Circuit, 54 cases were excluded due to cases in which the defendant received no imprisonment or probation.

SOURCE: U.S. Sentencing Commission, 2016 Datafile, USSCFY16.

8

16-mj-01161-MJW  3

# United States Sentencing Commission



## *Statistical Information Packet*

*Fiscal Year 2016*
*District of Colorado*

Table 27A

## SENTENCES RELATIVE TO THE GUIDELINE RANGE BY EACH PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2016

| PRIMARY OFFENSE | TOTAL | WITHIN GUIDELINE RANGE | | ABOVE GUIDELINE RANGE[2] | | GOVERNMENT SPONSORED BELOW RANGE | | NON-GOVERNMENT SPONSORED BELOW RANGE[3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| TOTAL | 66,961 | 32,519 | 48.6 | 1,617 | 2.4 | 18,882 | 28.2 | 13,943 | 20.8 |
| Murder | 85 | 36 | 42.4 | 1 | 1.2 | 41 | 48.2 | 7 | 8.2 |
| Manslaughter | 57 | 26 | 45.6 | 18 | 31.6 | 7 | 12.3 | 6 | 10.5 |
| Kidnapping/Hostage Taking | 39 | 18 | 46.2 | 2 | 5.1 | 13 | 33.3 | 6 | 15.4 |
| Sexual Abuse | 619 | 267 | 43.1 | 47 | 7.6 | 173 | 27.9 | 132 | 21.3 |
| Assault | 783 | 422 | 53.9 | 57 | 7.3 | 153 | 19.5 | 151 | 19.3 |
| Robbery | 701 | 365 | 52.1 | 37 | 5.3 | 128 | 18.3 | 171 | 24.4 |
| Arson | 46 | 26 | 56.5 | 3 | 6.5 | 15 | 32.6 | 2 | 4.3 |
| Drugs - Trafficking | 19,222 | 6,921 | 36.0 | 229 | 1.2 | 7,665 | 39.9 | 4,407 | 22.9 |
| Drugs - Communication Facility | 271 | 137 | 50.6 | 8 | 3.0 | 60 | 22.1 | 66 | 24.4 |
| Drugs - Simple Possession | 1,624 | 1,466 | 90.3 | 145 | 8.9 | 6 | 0.4 | 7 | 0.4 |
| Firearms | 7,293 | 3,836 | 52.6 | 345 | 4.7 | 1,432 | 19.6 | 1,680 | 23.0 |
| Burglary/B&E | 23 | 10 | 43.5 | 1 | 4.3 | 2 | 8.7 | 10 | 43.5 |
| Auto Theft | 45 | 27 | 60.0 | 2 | 4.4 | 8 | 17.8 | 8 | 17.8 |
| Larceny | 978 | 571 | 58.4 | 20 | 2.0 | 170 | 17.4 | 217 | 22.2 |
| Fraud | 6,389 | 2,730 | 42.7 | 137 | 2.1 | 1,660 | 26.0 | 1,862 | 29.1 |
| Embezzlement | 310 | 175 | 56.5 | 6 | 1.9 | 45 | 14.5 | 84 | 27.1 |
| Forgery/Counterfeiting | 449 | 256 | 57.0 | 14 | 3.1 | 89 | 19.8 | 90 | 20.0 |
| Bribery | 197 | 35 | 17.8 | 4 | 2.0 | 89 | 45.2 | 69 | 35.0 |
| Tax | 521 | 120 | 23.0 | 8 | 1.5 | 147 | 28.2 | 246 | 47.2 |
| Money Laundering | 722 | 200 | 27.7 | 9 | 1.2 | 317 | 43.9 | 196 | 27.1 |
| Racketeering/Extortion | 913 | 347 | 38.0 | 45 | 4.9 | 313 | 34.3 | 208 | 22.8 |
| Gambling/Lottery | 74 | 23 | 31.1 | 0 | 0.0 | 25 | 33.8 | 26 | 35.1 |
| Civil Rights | 41 | 14 | 34.1 | 1 | 2.4 | 14 | 34.1 | 12 | 29.3 |
| Immigration | 19,969 | 11,616 | 58.2 | 322 | 1.6 | 5,289 | 26.5 | 2,742 | 13.7 |
| Child Pornography | 1,937 | 563 | 29.1 | 39 | 2.0 | 465 | 24.0 | 870 | 44.9 |
| Prison Offenses | 464 | 309 | 66.6 | 12 | 2.6 | 78 | 16.8 | 65 | 14.0 |
| Administration of Justice Offenses | 1,029 | 520 | 50.5 | 55 | 5.3 | 164 | 15.9 | 290 | 28.2 |
| Environmental/Wildlife | 137 | 79 | 57.7 | 0 | 0.0 | 33 | 24.1 | 25 | 18.2 |
| National Defense | 100 | 29 | 29.0 | 3 | 3.0 | 44 | 44.0 | 24 | 24.0 |
| Antitrust | 21 | 1 | 4.8 | 0 | 0.0 | 17 | 81.0 | 3 | 14.3 |
| Food & Drug | 113 | 70 | 61.9 | 2 | 1.8 | 25 | 22.1 | 16 | 14.2 |
| Other Miscellaneous Offenses | 1,789 | 1,304 | 72.9 | 45 | 2.5 | 195 | 10.9 | 245 | 13.7 |

[1] Of the 67,742 cases, 781 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range. Descriptions of variables used in this table are provided in Appendix A.

[2] See Tables 24-24B for a list of departure reasons comprising these categories.

[3] See Tables 25-25B for a list of departure reasons comprising these categories.

SOURCE: U.S. Sentencing Commission, 2016 Datafile, USSCFY16.

## Table 13

### SENTENCE LENGTH IN EACH PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2016

| PRIMARY OFFENSE | Mean Months | Median Months | N |
|---|---|---|---|
| **TOTAL** | **44** | **21** | **67,740** |
| Murder | 241 | 210 | 85 |
| Manslaughter | 69 | 60 | 57 |
| Kidnapping/Hostage Taking | 239 | 213 | 39 |
| Sexual Abuse | 144 | 120 | 620 |
| Assault | 29 | 16 | 808 |
| Robbery | 73 | 60 | 702 |
| Arson | 65 | 60 | 46 |
| Drugs - Trafficking | 66 | 48 | 19,231 |
| Drugs - Communication Facility | 27 | 24 | 271 |
| Drugs - Simple Possession | 4 | 6 | 1,884 |
| Firearms | 75 | 51 | 7,305 |
| Burglary/B&E | 12 | 10 | 23 |
| Auto Theft | 94 | 46 | 45 |
| Larceny | 8 | 0 | 1,034 |
| Fraud | 25 | 13 | 6,517 |
| Embezzlement | 8 | 0 | 321 |
| Forgery/Counterfeiting | 18 | 12 | 450 |
| Bribery | 22 | 12 | 197 |
| Tax | 13 | 10 | 523 |
| Money Laundering | 30 | 18 | 724 |
| Racketeering/Extortion | 85 | 57 | 914 |
| Gambling/Lottery | 5 | 0 | 74 |
| Civil Rights | 27 | 12 | 43 |
| Immigration | 13 | 8 | 20,051 |
| Child Pornography | 145 | 97 | 1,937 |
| Prison Offenses | 13 | 10 | 475 |
| Administration of Justice Offenses | 18 | 12 | 1,040 |
| Environmental/Wildlife | 3 | 0 | 156 |
| National Defense | 55 | 33 | 100 |
| Antitrust | 4 | 0 | 21 |
| Food & Drug | 8 | 0 | 114 |
| Other Miscellaneous Offenses | 18 | 0 | 1,933 |

[1] Of the 67,742 cases, two were excluded due to missing or indeterminable sentencing information. Sentences of probation only are included in this table as zero months of imprisonment. In addition, the information presented in this table includes time of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2016 Datafile, USSCFY16.

## Table 31C

### BELOW GUIDELINE RANGE WITH *BOOKER* /18 U.S.C. § 3553: DEGREE OF DECREASE FOR OFFENDERS IN EACH PRIMARY OFFENSE CATEGORY[1]
### Fiscal Year 2016

| PRIMARY OFFENSE | N | Median Sentence in Months | Median Decrease in Months From Guideline Minimum | Median Percent Decrease From Guideline Minimum |
|---|---|---|---|---|
| TOTAL | 11,410 | 24 | 15 | 36.4 |
| Murder | 7 | 102 | 24 | 19.8 |
| Manslaughter | 6 | 16 | 14 | 46.6 |
| Kidnapping/Hostage Taking | 5 | 170 | 36 | 33.3 |
| Sexual Abuse | 97 | 96 | 31 | 30.1 |
| Assault | 107 | 12 | 9 | 45.5 |
| Robbery | 133 | 37 | 15 | 27.0 |
| Arson | 2 | -- | -- | -- |
| Drugs - Trafficking | 3,729 | 42 | 18 | 31.3 |
| Drugs - Communication Facility | 60 | 0 | 15 | 100.0 |
| Drugs - Simple Possession | 4 | 1 | 3 | 75.0 |
| Firearms | 1,472 | 36 | 14 | 26.8 |
| Burglary/B&E | 10 | 5 | 8 | 77.7 |
| Auto Theft | 8 | 42 | 7 | 18.3 |
| Larceny | 176 | 0 | 10 | 100.0 |
| Fraud | 1,587 | 12 | 12 | 50.0 |
| Embezzlement | 72 | 0 | 10 | 99.8 |
| Forgery/Counterfeiting | 80 | 7 | 9 | 58.1 |
| Bribery | 58 | 12 | 12 | 51.2 |
| Tax | 210 | 0 | 12 | 99.8 |
| Money Laundering | 164 | 15 | 15 | 55.6 |
| Racketeering/Extortion | 179 | 36 | 17 | 33.3 |
| Gambling/Lottery | 23 | 0 | 8 | 100.0 |
| Civil Rights | 10 | 6 | 18 | 70.6 |
| Immigration | 1,879 | 15 | 10 | 37.5 |
| Child Pornography | 786 | 74 | 52 | 38.5 |
| Prison Offenses | 50 | 7 | 6 | 49.1 |
| Administration of Justice Offenses | 253 | 6 | 10 | 66.7 |
| Environmental/Wildlife | 15 | 0 | 10 | 100.0 |
| National Defense | 19 | 36 | 26 | 40.5 |
| Antitrust | 3 | 6 | 6 | 40.0 |
| Food & Drug | 15 | 12 | 23 | 63.9 |
| Other Miscellaneous Offenses | 191 | 2 | 10 | 83.5 |

[1] Of the 67,742 cases, 11,684 were sentenced below the guideline range with *Booker*/18 U.S.C. § 3553. Of these, 11,465 cases had complete guideline application information. Due to an inability to calculate the extent of departure for cases with a guideline minimum of life, an additional 46 cases were also excluded from this table. Of the remaining 11,419 cases, nine were excluded due to missing sentence information. Note that the information presented in this table does include sentences of probation, but does not include any time of alternative confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2016 Datafile, USSCFY16.