IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-mj-01161-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM C. SHRYOCK,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant Adam Shryock's plea of guilty to Count 1 of the Information and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2 through 6 of the Information at the time of sentencing.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

                                              s/ *Martha A. Paluch*
                                              MARTHA A. PALUCH
                                              Assistant United States Attorney
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202
                                              Telephone 303-454-0100
                                              Facsimile 303-454-0402
                                              martha.paluch@usdoj.gov