IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-mj-01161-MJW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ADAM C. SHRYOCK,

     Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

     The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

                     Respectfully submitted,

                     *s/ Martha A. Paluch*
                     Martha A. Paluch
                     Assistant U.S. Attorney
                     United States Attorney's Office
                     1801 California Street, Suite 1600
                     Denver, CO  80202
                     (303) 454-0100
                     Martha.paluch@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of January, 2018, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system that will send

notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov