## AFFIDAVIT OF INVESTIGATOR KENNETH KING
## COLORADO ATTORNEY GENERAL'S OFFICE

The undersigned, KENNETH KING, having been first duly sworn, states the following upon personal knowledge:

1. I am a commissioned peace officer employed as a Criminal Investigator III for the Colorado Attorney General's Office, assigned to the Consumer Protection Section. I have been employed with this Office since October, 2012. I have a total of 24 years of law enforcement experience, including approximately 12 years as a financial investigator and 12 years as a state certified peace officer in Illinois and Colorado. I hold certification as a Certified Fraud Examiner (CFE) from the Association of Certified Fraud Examiners, as well as a Master of Business Administration degree with Finance emphasis from Franklin University.

2. I was the primary investigator assigned to the investigation of Mr. Adam Shryock and his affiliated companies for violations of the Colorado Consumer Protection Act (CCPA) and the Colorado Charitable Solicitations Act (CCSA), in the case of *State of Colorado versus Boobies Rock, et al*, and subsequent contempt of court investigations by the Colorado Attorney General's Office.

3. The proceedings I participated in were held in District Court, Denver County Colorado, located at 1437 Bannock Street, Denver, Colorado 80202, and heard by the Honorable Judge Shelley Gilman.

4. Upon conclusion of this matter, Mr. Shryock and his affiliated companies were court ordered to pay various unjust enrichment amounts, civil penalties, legal fees and costs to the State of Colorado in this matter. The court entered the following amounts to be paid joint and several in this case:

| | |
|---|---|
| Unjust Enrichment | $1,890,000.00 entered 03/18/2015 |
| Civil Penalties | $4,000,000.00 entered 03/18/2015 |
| Attorney Fees | $ 312,502.00 entered 04/23/2015 |
| Costs | $     9,344.78 entered 04/23/2015 |

INV_00000223

5. On January 16, 2018, I checked with both the lead case attorney in this matter, as well as the program assistant in charge of tracking restitution payments, and confirmed there have been no payments made from Mr. Shryock to satisfy this court order and the above referenced balances remain outstanding.

6. The Court in this matter also ordered the release of all funds previously frozen during investigation in this matter, to be used in the Attorney General's sole discretion for attorney fees and costs, restitution, and for future consumer education and consumer protection enforcement.

7. The amounts impacted by this freeze total $22,247.74, which are currently being held in a custodial funds account in the name of the Attorney General's Office.

THE STATEMENTS MADE IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

FURTHER AFFIANT SAYETH NOT.

Dated the 17TH day of January, 2018

_____
AFFIANT

STATE OF Colorado  )
                   )
COUNTY OF Denver   )

[Notary seal: MECHELE A. CLARK, NOTARY PUBLIC, STATE OF COLORADO, NOTARY ID 19934011315, MY COMMISSION EXPIRES SEPTEMBER 22, 2019]

SUBSCRIBE and sworn to before me this 17th day of January.
Witness my hand and official seal.
My Commission Expires: Sept. 22, 2019