IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

| | | | |
|---|---|---|---|
| Criminal Action No: | 16-mj-01161-MJW | Date: | January 25, 2018 |
| Courtroom Deputy: | Stacy Libid | FTR: | Courtroom A-502 |
| Probation: | Melissa Roberts | | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
|    Plaintiff, | |
| v. | |
| ADAM C. SHRYOCK | Brian Leedy |
|    Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**8:58 a.m.        Court in session.**

Court calls case.  Appearances of counsel. Also present sitting at Plaintiff's table, Special Agent Tracey Guest.

Defendant is present on bond.

Argument regarding sentencing.

Mr. Leedy tenders Exhibits A and B for purposes of this hearing.

Statement by Defendant.

Court accepts Defendant's admission.

Court states its findings and conclusions.

Defendant entered his plea on to Count One of the Information.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G § 3E101(b) [Docket No. 46, filed on January 16, 2018] is **GRANTED**.

Motion to Dismiss Counts with Prejudice [Docket No. 45, filed on January 16, 2018] is **GRANTED.**

Motion for a Variant Sentence [Docket No. 42, filed on January 11, 2018] is **DENIED**.

**ORDERED:** Defendant shall be **imprisoned** for twelve (12) months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of one (1) year.

**ORDERED**: Plea agreement pursuant to F.R.Cr.P. 11(c)(1)(C) is accepted.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Adam C. Shryock, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve 12 months.

**ORDERED**: Conditions of Supervised Release:
1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and two periodic tests thereafter.
4. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
5. You must cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:
1. You must participate in a cognitive behavioral treatment (CBT) program as directed by the probation officer until such time as you are released from the program by the probation officer. You must pay the cost of treatment as directed by the probation officer
2. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless you are in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
3. You must provide the probation officer access to any requested financial information and authorize the release of any financial information until all financial obligations imposed by the court are paid in full.
4. As directed by the probation officer, you must apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or

      unexpected financial gains to the outstanding court-ordered financial obligation in this case.
5. If the judgment imposes a financial penalty/restitution, you must pay the financial penalty/restitution in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect your ability to pay the financial penalty/restitution.
6. If you have an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to you with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
7. You must document all income and compensation generated or received from any source and must provide that information to the probation officer as requested.
8. You must not engage in an occupation, business, profession, or volunteer activity that would require or enable you to generate income without the prior approval of the probation officer.
9. You must maintain separate personal and business finances and must not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit
10. You must comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.
11. You must participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as you are released from the program by the probation officer. You must abstain from the use of alcohol or other intoxicants during the course of treatment and must pay the cost of treatment as directed by the probation officer.
12. You must perform 120 hours of community service as directed by the probation officer.

**ORDERED**: Defendant shall pay a special assessment of $25.00 which is due and payable immediately.

**ORDERED**: Defendant shall make restitution to the IRS: $430,970, interest is **WAIVED**.

**ORDERED:** Defendant shall pay a **fine** of $4,000.

**ORDERED:** Defendant may surrender voluntarily.

**ORDERED:** Mr. Leedy's oral request to have Defendant self-surrender 45 days after designation is **GRANTED**.

**ORDERED:** Mr. Leedy's oral request that the Bureau of Prisons place the Defendant at FCI Federal Correctional Institution, Englewood is **GRANTED**.

Court RECOMMENDS that the Bureau of Prisons place the defendant at FCI Federal Correctional Institution, Englewood in Littleton Colorado.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

The court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

**ORDERED:**   Defendant is directed to surrender at the institution designated by the Bureau of Prisons before Court finds that defendant is not likely to flee or be a danger to himself or others.

**ORDERED:**   BOND IS DISCHARGED.

**10:17 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time    01:19

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.