IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:16-mj-01161-MJW-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ADAM C. SHRYOCK,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, ADAM C. SHRYOCK, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at Englewood SCP at 9595 West Quincy Avenue in Littleton, Colorado 80123. He shall report no later than 12:00 p.m. on March 1, 2018 and will travel at his own expense.

    DATED at Denver, Colorado, this 2nd day of February, 2018.

        BY THE COURT:

        _____
        MICHAEL J. WATANABE
        United States Magistrate Judge