IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-01161-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

**2. Adam C. Shryock**

   Defendant.

_____

**UNOPPOSED MOTION TO AMEND "ORDER TO SURRENDER" (DOC. 51)**
_____

  Mr. Shryock, through undersigned counsel, and unopposed by counsel for the government, respectfully requests the Court amend the "Order to Surrender" (Doc. 51) to reflect a surrender date of March 19, 2018. As grounds he states as follows:

  Mr. Shryock was sentenced on January 25, 2017. Doc. 48. At the conclusion of the sentencing hearing Mr. Shryock requested that he be permitted to voluntarily surrender to the Bureau of Prisons 45 days after he designation to a facility to allow. This request was not opposed by the government and was granted by the Court.

  The judgment issued on January 26, 2018, provides that Mr. Shryock "shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. "within 45 days of designation". Doc. 49. Mr. Shryock was designated to the Englewood SCP in Littleton, Colorado, on February 2, 2018. Forty-five days from February 2, 2018, is March 19, 2018.

2

Wherefore, Mr. Shryock, through counsel, and unopposed by government counsel, respectfully requests the Court amend the "Order to Surrender" to reflect a surrender date of March 19, 2018.

Respectfully submitted,

s/ Brian R. Leedy
Brian R. Leedy
Stimson Glover Stancil Leedy
1875 Lawrence St. Suite 420
Denver, CO  80202
Telephone:  720-644-8066
brian@sgslattorneys.com

## CERTIFICATE OF SERVICE

**UNOPPOSED MOTION TO AMEND "ORDER TO SURRENDER" (DOC. 51)**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha A. Paluch
U.S. Attorney's Office-Denver
Email: Martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Adam C. Shryock (electronic delivery)


                                                s/ Brian R. Leedy
                                                Brian R. Leedy
                                                Stimson Glover Stancil Leedy
                                                1875 Lawrence St. Suite 420
                                                Denver, CO  80202
                                                Telephone:  720-644-8066
                                                brian@sgslattorneys.com