IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Shryock's Unopposed Motion to Amend "Order to Surrender" (docket no. 52) is GRANTED finding good cause shown.  The Order to Surrender (docket no. 51) is AMENDED to reflect a surrender date of March 19, 2018.  See Amended Order to Surrender In Lieu of Transportation by the United States Marshal (docket no. 54).

Date: February 6, 2018