IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-mj-01161-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM C. SHRYOCK,

Defendant.

---

## AMENDED ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that Defendant, ADAM C. SHRYOCK, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at Englewood SCP at 9595 West Quincy Avenue in Littleton, Colorado 80123. He shall report no later than 12:00 p.m. on March 19, 2018 and will travel at his own expense.

DATED at Denver, Colorado, this 6TH day of February, 2018, nunc pro tunc February 2, 2018.

BY THE COURT:

_____
MICHAEL J. WATANABE
United States Magistrate Judge