**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:16-01161MJ

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ADAM C. SHRYOCK,

       Defendant.

---

**ORDER REGARDING**

---

       THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

       HAVING considered the probation officer's report, the Court

_____   ORDERS the issuance of an arrest warrant.

_____   DENIES the request.

       DATED at Denver, Colorado, this _____ day of December, 2019.

                          BY THE COURT:

                          Michael J. Watanabe
                          United States Magistrate Judge