## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16-01161MJ

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ADAM C. SHRYOCK,

       Defendant.

## ORDER REGARDING

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's report, the Court

__X__  ORDERS the issuance of an arrest warrant.

_____  DENIES the request.

DATED at Denver, Colorado, this  9th   day of December, 2019.

BY THE COURT:

_____
S. Kato Crews
United States Magistrate Judge