# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CRIMINAL DOCKET FOR CASE #: 6:22−mj−06189−KGG All Defendants

Case title: USA v. Shryock

Date Filed: 07/13/2022

Other court case number: 16−1161 District of Colorado

Assigned to: Magistrate Judge Kenneth G. Gale

**Defendant (1)**

**Adam C. Shryock**  represented by  **Jennifer A. Amyx**
Office of Federal Public Defender – Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316−269−6186
Alternative Phone: 316−461−9636
Cell Phone: 316−461−9636
Email: Jennifer_Amyx@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 24260*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

1

Removal of arrested defendant to
the District of Colorado.

**Plaintiff**

USA     represented by    **David M. Lind**
Office of United States Attorney –
Wichita
301 North Main Street, Suite 1200
Wichita, KS 67202–4812
316–648–6174
Fax: 316–269–6484
Alternative Phone:
Cell Phone:
Email: david.lind@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 12106*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/13/2022 | | | ARREST (Rule 5(c)(3) Out) of Adam C. Shryock. (hw) (Entered: 07/13/2022) |
| 07/13/2022 | 1 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Adam C. Shryock held on 7/13/2022. Defendant remanded to custody. (Tape #FTR/KGG 1:42–1:46) (hw) (Entered: 07/13/2022) |
| 07/13/2022 | 2 | | CJA 23 FINANCIAL AFFIDAVIT by Adam C. Shryock. (hw) (Entered: 07/13/2022) |
| 07/13/2022 | 3 | | WAIVER of Rule 32.1 Hearing by Adam C. Shryock. (hw) (Entered: 07/13/2022) |
| 07/13/2022 | 4 | | COMMITMENT TO ANOTHER DISTRICT as to Adam C. Shryock. Signed by Magistrate Judge Kenneth G. Gale on 7/13/2022. (hw) (Entered: 07/13/2022) |

COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 7-13-22

United States of America,

Plaintiff,

FILED
U.S. District Court
District of Kansas

JUL 13 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

v. Adam C. Shryock,

Defendant.

Case No. 22-M-6189-01-KGG

Age: 42

JUDGE: ☐ Birzer ☒ Gale
DEPUTY CLERK: ☐ Anderson ☒ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: D. Lind
DEFENSE COUNSEL: J. Amyx
TAPE NO.: 1:42 - 1:46

## PROCEEDINGS

☐ Initial Appearance
☒ Initial Rule 5(c)(3)  4 min
☐ Sentencing
☐ In-Court Hearing: _____
☐ Arraignment    ☐ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference

☐ Not Guilty Plea Entered

☐ Complaint  ☐ Indictment  ☐ Information  ☒ Pet. Revoke Supervision  ☒ No. Counts: 6  ☐ Forfeiture
☐ Felony    ☐ Misdemeanor   ☐ Pet. Revoke Bond
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn    ☒ Examined re: financial status    ☒ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☒ Advised of rights under Rule    ☒ 20    ☒ 5(c)(3)    ☒ Transfer to: Dist. of Colorado
☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered

☐ Release ordered      ☐ Bond fixed at: $ _____       ☐ Continued on present bond/conditions
☐ Temp. det. ordered   ☒ Detention ordered              ☒ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is    ☐ granted.   ☐ denied.   ☐ withdrawn.   ☐ taken under advisement.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☐ as directed before Judge _in Charging District_
☐ per the Scheduling Order of Judge _____
☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
In Courtroom _____ or Via ZoomGov
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____

3

AO 466 (Rev. 01/12) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

**JUL 13 2022**

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 22-mj-6189-01 KGG |
| ) | |
| Adam C. Shryock ) | Charging District's Case No. 1:16-mj-01161-SKC |
| *Defendant* ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* ____District of Colorado____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/13/22

x _____
*Defendant's signature*

s/ David J. Freund
*Signature of defendant's attorney*

David J. Freund, #17736
*Printed name of defendant's attorney*

4

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

JUL 13 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22-M-6189-01-KGG |
| | ) | |
| ADAM C. SHRYOCK | ) | Charging District's |
| *Defendant* | ) | Case No. 1:16-01161MJ |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of ___Colorado___,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____

_____
*Judge's signature*

___KENNETH G. GALE, U.S. MAGISTRATE JUDGE___
*Printed name and title*