AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
__Adam Shryock__ )  Case No. 16-mj-01161-SKC
_Defendant_ )
)

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/17/22

_Defendant's signature_

_Signature of defendant's attorney_

Brian R Leedy   #35940
_Printed name and bar number of defendant's attorney_

303 16th St. Denver CO
_Address of defendant's attorney_

leedy@ridleylaw.com
_E-mail address of defendant's attorney_

303-629-9700
_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_