IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-mj-01161-SKC

UNITED STATES OF AMERICA

      Plaintiff,

v.

**ADAM C. SHRYOCK,**

      Defendant.

---

**STATEMENT IN ADVANCE OF SUPERVISED RELEASE VIOLATION HEARING**

---

Mr. Shryock, through counsel, Brian R. Leedy, respectfully submits the following in advance of the supervised release violation hearing scheduled for 9:00 a.m. on September 15, 2022.  Doc. 70.  Mr. Shryock intends to admit to the violations alleged in the "Superseding Petition Due to Violations of Supervision".  Doc. 71.

Mr. Shryock will request the imposition of a sentence of 7 months imprisonment, which falls at the midpoint of the advisory guideline range, followed by no further supervision as recommended by United States Probation.  In support of this request, he states as follows:

**I.    Procedural History.**

Mr. Shryock first appeared in the instant matter in October of 2016.  Doc. 3.  In April of 2017 he pled guilty to misdemeanor failure to file personal and corporate tax returns for tax years 2011 through 2013. Doc. 21.  In January of 2018 he was sentenced to one year in prison

followed by one year of supervised release.  Doc. 48.  Mr. Shryock was permitted to self-surrender to the Bureau of Prisons (BOP) and on March 19, 2018, he reported to the BOP in Englewood, Colorado, to begin his sentence.  Doc. 54.

Mr. Shryock began supervised release in March of 2019 after serving 11 months in prison and one month in a Residential Reentry Center.  Doc. 55.  As of September of 2019, Mr. Shryock was non-compliant with his supervision based on the below violations:

> Failing to submit reports and fine and restitution payments beginning in April of 2019.
>
> Failing to provide drug testing samples beginning in September of 2019.
>
> Failing to notify his officer of his change in residence in October of 2019.
>
> Failing to report to his supervising officer in November of 2019.
>
> Failing to perform community service and leaving the district without permission.

See, Doc 71, "Superseding Petition Due to Violations of Supervision".

**II.     Mr. Shryock's Personal Circumstances at the Time of his Violations.**

At the time of Mr. Shryock's non-compliance he resided with Rachel Marlow while on supervision.  Ms. Marlow and Mr. Shryock have shared a relationship since 2016.  In late 2019 Ms. Marlow suffered a miscarriage and both she and Mr. Shryock were emotionally devasted.  See Attached Exhibit A, Letter from Ms. Marlow.

Near the time of Ms. Marlow's miscarriage Mr. Shryock was pending the imposition of a sentence in September of 2019 based on the proceedings in a 2013 civil case that is explained in further detail below.  See, section III(b).  Mr. Shryock felt overwhelmed by his circumstances, both personal and legal, and chose to avoid the potential consequences of his 2013 case, and violate the terms of his federal supervision.

Mr. Shryock's self-destructive decision to leave the district and fail to comply with the conditions of his supervision was in part due to the difficult circumstances both he and Ms. Marlow faced at the time, and Mr. Shryock's impending sentencing in the 2013 civil case which he understood would have resulted in his incarceration. Mr. Shryock understands that his decision to leave will result in a sanction in the instant matter, and his two pending cases, and accepts responsibility for his failures to comply.

### III.     Mr. Shryock's Pending State Cases.

    a.  Adams County District Court Case 2015CR001236.

At the time of his sentencing for the instant offense Mr. Shryock had been on probation in Adams County since May of 2016, a period of 20 months. See Attached Exhibit B, Docket Sheet-Adams County District Court Case 2015CR001236. Mr. Shryock under supervision for misdemeanor theft and under the terms of a deferred judgement to a class 5 felony. However, in October of 2019 a complaint for revocation of probation and the deferred judgment was filed in the Adams County case alleging Mr. Shryock failed to maintain a permanent residence and failed to report to a probation appointment. Id.

A detainer has been lodged against Mr. Shryock and he will be required to appear on that matter after serving his sentence in the instant matter. Doc. 72, "Supervised Release Violation Hearing Report", pg. 1. The revocation complaint seeks entry of the felony conviction against Mr. Shryock and resentencing based on the violations of supervision alleged. See Attached Exhibit C "Complaint for Revocation of Probation and Request for Arrest Warrant". The Complaint further notes the existence of a failure to appear warrant for contempt of court which is described below. Id.

    b.  Denver County District Court Case 2013CV032857.

At the time of his sentencing for the instant offense Mr. Shryock had been subject to injunctive relief proceedings since June of 2013, a period of nearly 5 years.  See Attached Exhibit D, Docket Sheet-Denver County District Court Case 2013CV032857.  One month after he began serving his prison sentence in the instant matter a "Motion for Contempt" was filed in the Denver County case and a contempt citation was issued.  Id.  In May of 2018 Mr. Shryock notified the Court via letter of his incarceration and in September of 2018 Mr. Shryock was appointed counsel.  Id.

In August of 2019, 5 months after he began supervised release, a trial was held in the Denver County case and Mr. Shryock was found guilty of contempt of court.  Mr. Shryock was scheduled to be sentenced on September 20, 2019, however, he failed to appear for the hearing and a warrant was issued on that date.  Id.  The civil proceeding related to same entity for which Mr. Shryock failed to file corporate tax returns in the instant matter.  Mr. Shryock is currently pending sentencing in that civil action for which the Attorney General is seeking a sentence of 5 years jail.  Id.

**IV.     Conclusion.**

Mr. Shryock appears before the court having been convicted of a misdemeanor tax offense based on his failure to file tax returns in 2011, 2012 and 2013, for which he was sentenced to one year in prison and one year of supervised release.

One month after Mr. Shryock began his prison sentence, he was cited for contempt in the 2013 civil case for which he was previously enjoined, and which involved the entity for which he failed to file corporate tax returns in the instant matter.  He was released from custody to a Residential Reentry Center and within months faced trial on a contempt citation.

After approximately 6 months of supervision, and following his conviction for contempt, Mr. Shryock left the district and was arrested in Kansas in July of this year.  He now faces sentencing for the violations of his federal supervision, the revocation of his deferred judgment, entry of a felony conviction, and resentencing in Adams County, and sentencing for the contempt proceedings in Denver County.  It is clear that the consequences of Mr. Shryock's choice to leave the district and fail to comply with his court ordered conditions of supervision, both state and federal, will be addressed in the instant matter, and the state matters referenced above.  As such, the sentence for his violations of federal supervision should take into account the sanctions he will face upon release from federal custody.

Wherefore, Mr. Shryock, through counsel, respectfully requests the imposition of 7 months imprisonment followed by no further supervision.

Respectfully submitted,

*s/ Brian R. Leedy*
Brian R. Leedy
Ridley McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO 80202
P:  303-629-9700
F:  303-629-9702
leedy@ridleylaw.com
**Attorney for Adam C. Shryock**

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I electronically filed the foregoing

**STATEMENT IN ADVANCE OF SUPERVISED RELEASE VIOLATION HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Heather Grant*