Your Honor,

As Adam's girlfriend of nearly 8 years, I respectfully ask for a moment of your time to provide some insight into the personal circumstances faced by Adam Shyrock and myself in 2019. Following his release from FCI Englewood Camp, we were viewing life through a fresh lens of excitement. Embracing the opportunity for new beginnings and gratitude to start anew.

On a calm weekend evening in July of 2019, our beloved dog, Teo began displaying some alarming behavior. We scrambled to contact emergency vet locations as he was in obvious distress. After reaching someone and getting the dreaded advice to hurriedly get him medical assistance we raced to get him help. Suddenly in the flash of a moment Adam had triadically lost his best furry friend after 11 years together. In a matter of less than an hour he was gone forever, falling victim to what we would later find out was a sudden arterial tear.

Weeks later, still mourning the loss of Teo, we found ourselves unexpectedly rushing my dog Layla, whom I had for over 10 years, to an emergency vet. It felt like an all too familiar nightmare, and we were soon having to make the most difficult decision a pet owner ever has to make. We found she had an undiagnosed hemangiosarcom mass that spontaneously burst and she too was suddenly absent from our family. Our home was now quiet and still, and we sat in the emptiness of the losses of our companions.

Roughly a month later, a ray of sunshine peeked through and Adam and I greeted the news that I had become pregnant. We welcomed the excited feeling of beginning a new chapter together. As first-time expectant parents, we spent hours offering up name suggestions, discussing how to arrange the room now termed the 'nursery', and reveled in what our future held. Unfortunately, our worst fear was realized and in September I lost our child. This loss proved ultimately too much to bear.

As any couple has, we pushed through the typical trials and tribulations that relationships face. In addition to that, there is an obvious hardship and strain of going through the legal process that Adam and our family walked through. Then ultimately facing the consequences that followed. After going through all of that, and then being hit with substantial blow after blow this final loss was the breaking point.

We needed a reset, time away from as many stressors as possible to refocus life, heal, and realign ourselves. I can still feel the heaviness in my body just recounting these moments above. I know that hardships are a fact of life and Adam's life has no right to expect exception to that. My hope for vulnerably sharing these experiences is just to provide some perspective. Not as an excuse, but to shed some light on the circumstances that were being faced and why desperate measures were taken to try to find some way out of the depressed state of things.

I sincerely appreciate your time and honest consideration,

Rachel Marlow

EXHIBIT A