EXHIBIT B

## Register of Actions

| | Filed by People | Case Number: | 2015CR001236 | Division: | F |
| --- | --- | --- | --- | --- | --- |
| | Filed by Defendant | Case Type: | Theft | Judicial Officer: | Roberto Ramirez |
| | Filed by Court | Case Caption: | The People of the State of Colorado v. Shryock, Adam | Court Location: | Adams County |
| | Filed by Probation | | | | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
| --- | --- | --- | --- | --- | --- | --- | --- |
| N/A (Details) | 06/23/2020 11:26 AM | Firm Suspense Account | Adams County | N/A | Return Mail (Related Document) | Mail returned re Adam Shryock | Public |
| N/A (Details) | 05/19/2020 2:57 PM | Roberto Ramirez | Adams County | N/A | Order (Related Document) | Order:Motion to Revoke Deferred Sentence | Public |
| N/A | 05/18/2020 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| CDE5071315E14 | 05/15/2020 2:52 PM | Ilya Lyubimskiy | 17th Judicial District Attorneys Office | The People of the State of Colorado | Motion (Related Document) | Motion to Revoke Deferred Sentence | Public |
| N/A (Details) | 11/16/2019 3:16 PM | Roberto Ramirez | Adams County | N/A | Order (Related Document) | ORDER RE MOTION TO WITHDRAW AS ATTORNEY OF RECORD | Public |
| C3FA7ED47CD49 | 10/25/2019 2:44 PM | Richard Lewis Tegtmeier | Sherman and Howard LLC | Adam Shryock | Motion to Withdraw | Motion to Withdraw as Attorney of Record | Public |
| | | | | | Notice | Notice of Intent to Withdraw as Attorney of Record | Public |
| | | | | | Proposed Order (Related Document) | ORDER RE MOTION TO WITHDRAW AS ATTORNEY OF RECORD | Public |
| N/A (Details) | 10/16/2019 9:46 PM | Roberto Ramirez | Adams County | N/A | Order (Related Document) | Order: Complaint for Revocation of Probation and Request for Arrest Warrant | Public |
| N/A (Details) | 10/16/2019 3:28 PM | Probation | N/A | N/A | Complaint for Revocation of Probation (Related Document) | Complaint for Revocation of Probation and Request for Arrest Warrant | Public |
| N/A | 10/16/2019 12:00 AM | N/A | N/A | N/A | Warrant - Failure to Comply | N/A | |
| N/A (Details) | 11/21/2018 | N/A | N/A | Adam Shryock | Request | Transcript Request | Public |
| 676A753BC8E91 | 09/26/2017 10:24 AM | Richard Lewis Tegtmeier | Sherman and Howard LLC | Adam Shryock | Entry of Appearance | Entry of Appearance | Public |
| N/A (Details) | 11/17/2016 | Non-Party | N/A | Non-Party | Request | Research Request | Public |
| N/A (Details) | 07/25/2016 12:00 AM | Thomas Richard Ensor | Adams County | N/A | Order (Related Document) | Order: Motion for Reconsideration with Attachment | Public |
| N/A (Details) | 07/22/2016 12:00 AM | N/A | N/A | Adam Shryock | Motion (Related Document) | Motion for Reconsideration with Attachment | Public |
| N/A (Details) | 06/27/2016 12:00 AM | N/A | N/A | Adam Shryock | Mittimus - Issued | Mittimus - Issued | Public |
| N/A (Details) | 06/07/2016 11:57 AM | Thomas Richard Ensor | Adams County | N/A | Order (Related Document) | Order: Additional Terms and Conditions of Probation Economic Crime | Public |
| N/A (Details) | 06/06/2016 10:39 AM | Probation | N/A | N/A | Terms and Conditions of Prob (Related Document) | Additional Terms and Conditions of Probation Economic Crime | Public |
| N/A (Details) | 05/19/2016 3:03 PM | Thomas Richard Ensor | Adams County | N/A | Order (Related Document) | Order: Motion to Dismiss | Public |
| AB01AA147B383 | 05/19/2016 2:22 PM | Robyn J Cafasso | 17th Judicial District Attorneys Office | The People of the State of Colorado | Motion (Related Document) | Motion to Dismiss | Public |
| B3EF09C2E4ABD | 05/18/2016 2:49 PM | Robyn J Cafasso | 17th Judicial District Attorneys Office | The People of the State of Colorado | Notice (Related Document) | Restitution Notice | Public |
| N/A (Details) | 05/18/2016 12:00 AM | Thomas Richard Ensor | Adams County | N/A | Order (Related Document) | Order: Restitution Notice | Public |
| N/A (Details) | 05/16/2016 12:00 AM | Thomas Richard Ensor | Adams County | N/A | Terms and Conditions of Prob | Terms and Conditions of Prob | Public |
| N/A | 05/16/2016 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 05/16/2016 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| N/A (Details) | 05/10/2016 9:37 AM | Probation | N/A | N/A | Pre-Sentence Investigative Report Filed | Presentence Report | Suppressed |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A | 03/22/2016 12:00 AM | N/A | N/A | N/A | JTRL Dispo - Trial Not Held | N/A | |
| N/A (Details) | 03/17/2016 12:00 AM | N/A | N/A | Adam Shryock | Request | Transcript Request | Public |
| N/A (Details) | 03/16/2016 12:00 AM | Non-Party | N/A | Non-Party | Consent | Consent of Surety | Public |
| N/A (Details) | 03/16/2016 12:00 AM | Thomas Richard Ensor | Adams County | N/A | Order | Order to Probation | Public |
| N/A (Details) | 03/16/2016 12:00 AM | Thomas Richard Ensor | Adams County | N/A | Consent | Consent of Entry of Deferred Sentencing | Public |
| N/A (Details) | 03/16/2016 12:00 AM | Thomas Richard Ensor | Adams County | N/A | Motion and Order | Motion and Order to Add | Public |
| N/A | 03/16/2016 12:00 AM | N/A | N/A | N/A | PSI Ordered | N/A | |
| N/A | 03/16/2016 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 02/05/2016 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 10/09/2015 12:00 AM | N/A | N/A | Adam Shryock | Waiver | Waiver of Disposition Hearing | Public |
| N/A | 10/09/2015 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 10/09/2015 12:00 AM | N/A | N/A | N/A | Bindover to District Court w/o Prelim | N/A | |
| N/A (Details) | 08/26/2015 12:00 AM | N/A | N/A | Adam Shryock | Waiver | Waiver of Preliminary Hearing | Public |
| N/A | 08/26/2015 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 07/16/2015 12:00 AM | Michael Andrew Cox | Adams County | N/A | Fingerprint Order - Compliance *(Related Document)* | Finger Print Order Compliance | Public |
| N/A | 07/16/2015 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 07/15/2015 12:00 AM | N/A | N/A | N/A | Fingerprint Order | N/A | |
| 66CA8DE3DBABC | 07/03/2015 1:48 PM | Timur Kishinevsky | Law Office of Timur Kishinevsky | Adam Shryock | Entry of Appearance | Entry of Appearance and Request for Discovery | Public |
| 495F785E76E3D | 06/16/2015 2:22 PM | Robyn J Cafasso | 17th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Notice of Amended Endorsement of Witnesses | Public |
| 8E39B516C2DDE | 06/16/2015 11:28 AM | Robyn J Cafasso | 17th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Notice To Endorse | Public |
| N/A (Details) | 05/27/2015 12:00 AM | Michael Andrew Cox | Adams County | N/A | Advisement Form Filed | Advisement Felony | Public |
| N/A | 05/27/2015 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 8D8A8BFB8D945 | 05/06/2015 2:38 PM | Robyn J Cafasso | 17th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Notice of Endorsement of Witness | Public |
| N/A (Details) | 05/04/2015 12:00 AM | N/A | N/A | Adam Shryock | Appearance Bond | Appearance Bond | Public |
| N/A | 05/04/2015 12:00 AM | N/A | N/A | N/A | Warrant Canceled | N/A | |
| N/A | 04/27/2015 12:00 AM | N/A | N/A | N/A | Release Warrant on Bond | N/A | |
| N/A | 04/27/2015 12:00 AM | N/A | N/A | N/A | Warrant - Detained | N/A | |
| N/A (Details) | 04/24/2015 10:12 AM | Peter Jay Stapp | Adams County | N/A | Order *(Related Document)* | Order for Arrest Warrant | Protected |
| N/A | 04/24/2015 12:00 AM | N/A | N/A | N/A | Warrant Upon Affidavit | N/A | |
| 1818814548FD8 | 04/23/2015 4:30 PM | Robyn J Cafasso | 17th Judicial District Attorneys Office | The People of the State of Colorado | Felony Complaint Filed | Complaint and Information | Protected |
| | | | | | Affidavit for Arrest Warrant | Affidavit for Arrest Warrant | Protected |
| | | | | | Proposed Order *(Related Document)* | Order for Arrest Warrant | Protected |
| N/A | 04/23/2015 12:00 AM | N/A | N/A | N/A | Affidavit for Arrest Warrant | N/A | |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Adam Cole Shyrock | AKA | Active | N/A |
| Adam Shryock | Defendant | Active | N/A |
| The People of the State of Colorado | People | Active | DANIEL VERBRIDGE PAULSON (17th Judicial District Attorneys Office) |

9/13/22, 11:43 AM                                  Register of Actions and Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Adam Cole Shyrock | AKA | Active | N/A |
| Adam Shryock | Defendant | Active | N/A |
| The People of the State of Colorado | People | Active | DANIEL VERBRIDGE PAULSON (17th Judicial District Attorneys Office) |