| | |
|---|---|
| ☐ County Court  ☒ District Court  Adams County, CO<br>Court Address:<br>Adams County Justice Center<br>1100 Judicial Center Dr.<br>Brighton, CO 80601<br><br>THE PEOPLE OF THE STATE OF COLORADO vs.<br><br>Adam Shryock, | DATE FILED: October 5, 2019 1:28 PM<br>CASE NUMBER: 2015CR1236<br><br><br>Case Number: 15CR1236<br>ML Number: 75948132<br>Roberto Ramirez, Judge<br>Div.: F |
| **COMPLAINT FOR REVOCATION OF PROBATION AND REQUEST FOR ARREST WARRANT** | |

THE PROBATION OFFICER INFORMS THE COURT THAT:

The defendant, **Adam Shryock**, was granted a deferred judgment for the charge(s) of **Charitable Fraud - Scheme To Defraud (F5) and granted probation for an added count of Theft $750 - $2,000 (M1)** on **May 16, 2016** and was sentenced to probation supervision for a period of **four years** by the Honorable Thomas Richard Ensor.

Since being granted probation supervision, the defendant has failed to comply with the Terms and Conditions set forth by the Court as follows:

Term # 4: The defendant failed to maintain a permanent residence and failed to report any change of address, as directed by the probation officer. A home visit was conducted by a process server on October 3, 2019 and it was found that the defendant had moved.

Term # 6: The defendant failed to report to his scheduled probation appointment on October 10, 2019.

**Please note**: The defendant has a current warrant for failure to appear for sentencing for a Contempt of Court issued by the Denver Sheriffs department. This warrant was issued September 20, 2019.

The Probation officer, in view of the above information, respectfully requests that an Arrest Warrant be issued for the apprehension and detention of the defendant, so that he/she may be returned to Court concerning violation of probation.

Is this a Victim's Rights Amendment Case? Yes ☐ No ☒
If Yes, has the victim requested post-sentencing notification? Yes ☐ No ☐
If Yes, has the victim been notified of the request contained in this Petition? Yes ☐ No ☐

Respectfully submitted:

EXHIBIT C

**Defendant:** Adam Shryock
**Case No.:** 15CR1236
**Division:** F

*Brenda Greene* (signature)                              *Maureen Dahl* (signature)

Brenda Greene,            Date 10/16/19        Maureen Dahl                Date 10/16/19
Supervisor                                     Probation Officer

    Subscribed and sworn to before me this 16TH day of October 2019.

Kathleen Madden                                By:_____
Clerk of the District Court                              Deputy Clerk

☒ DDA Ilya Ylubimskiy was notified on October 7, 2019 and has no objection to the filing of this Complaint and Request for Arrest Warrant.

Revised April 26, 2016

**Defendant:** Adam Shryock
**Case No.:** 15CR1236
**Division:** F

## -ORDER-

This matter having been called to the Court's attention on this day and the Court having examined the files and being fully advised in the premises, hereby orders that an Arrest Warrant be issued for the apprehension and detention of the above-named defendant. It is further ordered that the defendant, when apprehended, shall be brought before the Court for hearing concerning violation of probation.

BAIL IS SET AT $ _____

Done this _____ day of _____, 20___

BY THE COURT:

_____
Judge/Magistrate

Description:
Client Name: Adam Shryock
DOB: 10/22/79
Race: White
Hgt: "6"  Wgt: 205
Hair Color: Brown
Eye Color: Brown
Gender: Male

Revised April 26, 2016