IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Criminal Action: 16-mj-01161-SKC  Date: September 15, 2022
Probation: Heather Becker
Courtroom Deputy: Camden Pommenville     FTR – Reporter Deck-Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| USA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| ADAM C. SHRYOCK, | Brian Leedy |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE**
**Court in session: 09:11 a.m.**
Court calls case. Appearances of counsel.

Defendant is present and in custody.

Defendant understands and admits to all violations outlined in *[71] Superseding Petition Due to Violations of Supervision*.

**ORDERED:** The Court accepts the defendant's admissions and finds that the defendant violated the conditions of supervised release.

The Court states its findings and conclusions.

**ORDERED:** *[71] Superseding Petition Due to Violations of Supervision* is granted.

**ORDERED:** Defendant's supervised release is REVOKED and the defendant shall be committed to the custody of the Bureau of Prisons for a term of ten (10) months with no supervised release to follow. The Court makes the recommendation that the Defendant be housed in the facility located in Englewood, Colorado.

The defendant is formally advised of his right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal.

HEARING CONCLUDED.
**Court in recess: 09:50 a.m.**
Total time in court: 00:39

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.